AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 4 1 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

____3-10-05_____                ____Jared Shupe_____
(Date forms issued)                    (Signature of Party or their Representative)

                                       ____Jared Shupe_____
                                       (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action