IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants. | CIVIL ACTION NO.<br><br>**DEMAND FOR JURY TRIAL** |

**CORPORATE OWNERSHIP STATEMENT OF PLAINTIFF
ROCEP LUSOL HOLDINGS LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Rocep Lusol Holdings Limited, ("Rocep Lusol") hereby states that there are no corporations that directly or indirectly own 10% or more of Rocep Lusol's equity interests.

Respectfully submitted,
ROCEP LUSOL HOLDINGS LIMITED

Dated: March 10, 2005    BY: _/s/ David P. Primack_
DAVID P. PRIMACK (#4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

PHIP\407810\1

Case 1:05-cv-00141-SLR-MPT    Document 2    Filed 03/10/2005    Page 2 of 2