IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants. | Civil Action No. 05-141 (KAJ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert E. Cannuscio to represent plaintiff Rocep Lusol Holdings Limited in the above-captioned matter.

Dated: July 6, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

Counsel for Rocep Lusol Holdings Limited

### ORDER GRANTING MOTION FOR THE ADMISSION OF ROBERT E. CANNUSCIO PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission of Robert E. Cannuscio *pro hac vice* is GRANTED.

Date: _____   _____
The Honorable Kent A. Jordan
United States District Judge

WM\4343\1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Pennsylvania and Connecticut, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Dated: July 6, 2005

Robert E. Cannuscio, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700 tel.
(215) 988-2757 fax