IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants. | CIVIL ACTION NO.<br>CV-05-141 (KAJ) |

## STIPULATED REQUEST FOR EXTENSION TO RESPOND TO COMPLAINT

The Parties, through their undersigned counsel, request a thirty (30) day extension for Defendants to respond to the Complaint in the above-referenced matter.

Respectfully submitted,

_____
DAVID P. PRIMACK (#4449)
ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

Dated: 7-12-05
Attorneys for Plaintiff
ROCEP LUSOL HOLDINGS LIMITED

_____
JOHN G. HARRIS (#4017)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Tel: 302-778-7500
Fax: 302-778-7575

Dated: 7-12-05
Attorneys for Defendants
ULTRAMOTIVE CORPORATION
PERMATEX, INC.

SO ORDERED:

_____
Honorable Kent A. Jordan
United States District Court, District of Delaware