## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 22, 2005

David Primack, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street - #1000
Wilmington, DE 19801

Thomas J. Francella, Jr., Esq.
Reed Smith LLP
1201 N. Market Street - #1500
Wilmington, DE 19801

Re: Rocep Lusol Holdings Limited v. Permatex, Inc., et al.
Civil Action No. 05-141-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court