IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>    Plaintiff,<br><br>    v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>    Defendants. | CIVIL ACTION NO.<br>CV-05-141 (KAJ) |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed with the Clerk of Court using CM/ECF Rocep Lusol Holdings Limited's Reply to Answer and Counterclaims and served it upon the following in the manner indicated:

**Via Hand Delivery**
Thomas J. Francella, Jr., Esq.
John G. Harris, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Dated: August 24, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

WM\4751\1