IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and<br><br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaimants. | :<br>:<br>:<br>:   Civil Action No. CV-05-141 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Reed Smith LLP, by Thomas J. Francella, Esquire, is hereby withdrawing his appearance on behalf of Permatex and Ultramotive Corporation in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Reed Smith LLP, by John G. Harris, Esquire, is hereby entering his appearance on behalf of Permatex and Ultramotive Corporation in the above-captioned matter.

REED SMITH LLP

Date: August 31, 2005        By:    /s/ John G. Harris
                                    John G. Harris, Esquire
                                    I.D. No. 4017
                                    1201 Market Street
                                    Suite 1500
                                    Wilmington, Delaware 19801
                                    (302) 778-7524

2

Date: August 31, 2005                    By:    /s/ Thomas J. Francella
                                                               Thomas J. Francella, Esquire
                                                               I.D. No.3835
                                                               1201 Market Street
                                                               Suite 1500
                                                               Wilmington, Delaware 19801
                                                               (302) 778-7544