IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED | : | |
| | : | |
| Plaintiff and Counterclaim Defendant, | : | Civil Action No. CV-05-141 (KAJ) |
| | : | |
| v. | : | |
| | : | |
| PERMATEX, INC., and | : | |
| | : | |
| ULTRAMOTIVE CORPORATION | : | |
| | : | |
| Defendants and Counterclaimants. | : | |
| | : | |

## ORDER

IT IS SO ORDERED that Reed Smith LLP, by John G. Harris has entered its appearance on behalf of Permatex, Inc. and Ultramotive Corporation, and that Reed Smith LLP, by Thomas J. Francella has withdrawn his appearance on behalf of Permatex, Inc. and Ultramotive Corporation.

_____
J.