IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED | : |
| Plaintiff and Counterclaim Defendant, | : Civil Action No. CV-05-141 (KAJ) |
| v. | : |
| PERMATEX, INC., and | : |
| ULTRAMOTIVE CORPORATION | : |
| Defendants and Counterclaimants. | : |

### CERTIFICATE OF SERVICE

I, John G. Harris, Jr., Esquire, hereby certify that on August 31, 2005, I caused the foregoing Withdrawal and Substitution of Counsel, to be served on the following counsel of record, in the manner indicated below:

**VIA HAND DELIVERY**
David Primack Esq.
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street,
Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302 467-4201

REED SMITH LLP

By: /s/ John G. Harris
    John G. Harris, Esq. (No. 4017)
    1201 Market Street, Suite 1500
    Wilmington, Delaware 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: jharris@reedsmith.com

**VIA FIRST CLASS MAIL**
Robert E. Cannuscio
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-3303
Facsimile: (215) 988-2757