IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-141-KAJ |
| ) | |
| PERMATEX, INC., and ULTRAMOTIVE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants/Counterclaimants. ) | |

## JOINT PROPOSED SCHEDULING ORDER

Counsel for Plaintiff submits, on behalf of the parties, a Joint Proposed Scheduling Order for the Court's consideration in the above-referenced litigation. This Joint Proposed Scheduling Order is being submitted in advance of the Scheduling Conference set for October 4, 2005.

Respectfully submitted,
ROCEP LUSOL HOLDINGS LIMITED

Dated: Sept 28, 2005         BY: _____
DAVID P. PRIMACK (#4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757

Attorneys for
ROCEP LUSOL HOLDINGS LIMITED

PHIP\458681\1