IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,   )<br>   )<br>   Plaintiff/Counterclaim Defendant,   )<br>   )<br>v.   )<br>   )<br>PERMATEX, INC., and ULTRAMOTIVE   )<br>CORPORATION,   )<br>   )<br>   Defendants/Counterclaimants.   )   | Civil Action No. 05-141-KAJ |

## JOINT SUBMISSION OF SCHEDULING ORDER

Counsel for Plaintiff submits, on behalf of the parties, the attached Scheduling Order which has been agreed to by the parties and approved for the Court for entry in the above-referenced litigation.

Respectfully submitted,
ROCEP LUSOL HOLDINGS LIMITED

Dated: Oct 5, 2005

BY: _____
DAVID P. PRIMACK (#4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757

Attorneys for
ROCEP LUSOL HOLDINGS LIMITED

PHIP\460004\1