IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> PERMATEX, INC., and ULTRAMOTIVE ) <br> CORPORATION, ) <br> ) <br> Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, Robert E. Cannuscio, hereby certify that on this date I served Plaintiff's Initial Disclosures upon the following in the manner indicated:

| **Via Mail** <br> John Harris, Esq. <br> Reed Smith LLP <br> 1201 Market Street, Suite 1500 <br> Wilmington, Delaware  19801 | **Via Mail** <br> Lloyd McAuley, Esq. <br> Reed Smith LLP <br> 599 Lexington Avenue, 29th Floor <br> New York, NY  10022-7650 |
|---|---|

Dated: 10/10/05

ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757