IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,  )<br>  )<br>Plaintiff/Counterclaim Defendant,  )<br>  )<br>v.  )<br>  )<br>PERMATEX, INC., and ULTRAMOTIVE  )<br>CORPORATION,  )<br>  )<br>Defendants/Counterclaimants.  ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, Robert E. Cannuscio, hereby certify that on this date I served Plaintiff's Supplemental Initial Disclosures upon the following in the manner indicated:

| **Via Mail**<br>John Harris, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware 19801 | **Via Mail**<br>Lloyd McAuley, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 29th Floor<br>New York, NY 10022-7650 |
|---|---|

Dated: 10/19/05

ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757