IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>)<br>Defendant )<br>) | Civil Action No. –CV-05-141(KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 25, 2005, I, John G. Harris, Esquire, caused a true and correct copy of **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)** to be served on the following counsel of record, in the manner indicated below:

**VIA HAND DELIVERY**
David Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

**VIA FIRST CLASS MAIL**
Robert E. Cannuscio
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

REED SMITH LLP


By: /s/
    John G. Harris, Esq. (No. 4017)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

Dated: October 25, 2005
Wilmington Delaware

OF COUNSEL:

Lloyd McAulay
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 2212-521-5450