IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | : | |
| Plaintiff/Counterclaim Defendant, | : : : | |
| v. | : : | Civil Action No. 05-141-KAJ |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | : : : | |
| Defendants/Counterclaimants. | : | |

## ORDER

At Wilmington this **25th** day of **October, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, November 7, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE