IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED ) <br> ) <br> Plaintiff and Counterclaim defendant, ) <br> ) <br> v. ) <br> ) <br> PERMATEX, INC. and ) <br> ULTRAMOTIVE CORPORATION ) <br> ) <br> ) <br> Defendant ) <br> ) | Civil Action No. –CV-05-141(KAJ) |

### CERTIFICATE OF SERVICE

I hereby certify that, on even date of execution of this certificate, a true and correct copy of the foregoing document **DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NOS. 1-54** was served by depositing same with the United States Postal Service, first class mail, postage prepaid, addressed to the following:

David Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

Robert E. Cannuscio
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Dated: November 3, 2005