IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> PERMATEX, INC., and ULTRAMOTIVE ) <br> CORPORATION, ) <br> ) <br> Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, Robert E. Cannuscio, hereby certify that on this date, true copies of the following:

1. **PLAINTIFF ROCEP LUSOL'S INTERROGATORIES NOS. 1-13 TO DEFENDANT PERMATEX;**
2. **PLAINTIFF ROCEP LUSOL'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT PERMATEX;**
3. **PLAINTIFF ROCEP LUSOL'S INTERROGATORIES NOS. 1-13 TO DEFENDANT ULTRAMOTIVE; and**
4. **PLAINTIFF ROCEP LUSOL'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT ULTRAMOTIVE**

were served, upon counsel for Permatex and Ultramotive as follows:

| **Via First Class Mail** | **Via First Class Mail** |
|---|---|
| John Harris, Esq. <br> Reed Smith LLP <br> 1201 Market Street, Suite 1500 <br> Wilmington, Delaware 19801 | Lloyd McAuley, Esq. <br> Reed Smith LLP <br> 599 Lexington Avenue, 29th Floor <br> New York, NY 10022-7650 |

Dated: November 3, 2005

_____
ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757