**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | : | |
| | : | |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | Civil Action No. 05-141-KAJ |
| | : | |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | : | |
| | : | |
| Defendants/Counterclaimants. | : | |

**ORDER**

At Wilmington this **10th** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, December 5, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to confirm the tentative mediation date of February 9, 2006 or February 10, 2006 at 10:00 a.m., and to confirm Permatex attendance at the mediation. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE