IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE )<br>CORPORATION, )<br>)<br>Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, David P. Primack, hereby certify that on November 21, 2005, a true copy of the following:

**ROCEP LUSOL HOLDINGS LIMITED'S RESPONSE TO ULTRAMOTIVE CORPORATION'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, NOS. 1-15,**

was served, upon counsel for Permatex and Ultramotive as follows:

| Via First Class Mail | Via First Class Mail |
|---|---|
| John Harris, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware 19801 | Lloyd McAuley, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 29th Floor<br>New York, NY 10022-7650 |

Dated: November 22, 2005

/s/ David P. Primack
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: (302) 467-4221
Fax: (215) 467-4201