## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,  ) | |
| ) | |
| Plaintiff/Counterclaim Defendant,  ) | |
| ) | |
| v.  ) | Civil Action No. 05-141-KAJ |
| ) | |
| PERMATEX, INC., and ULTRAMOTIVE  ) | |
| CORPORATION,  ) | |
| ) | |
| Defendants/Counterclaimants.  ) | |

### NOTICE OF SERVICE

I, David P. Primack, hereby certify that on December 6, 2005, a true copy of the

following:

**ROCEP LUSOL HOLDINGS LIMITED'S RESPONSE TO DEFENDANTS'
FIRST REQUEST FOR PRODUCTION OF DOCUMENT AND THINGS NOS. 1-
54,**

was served, upon counsel for Permatex and Ultramotive as follows:

| <u>Via First Class Mail</u> | <u>Via First Class Mail</u> |
|---|---|
| John Harris, Esq. | Lloyd McAulay, Esq. |
| Reed Smith LLP | Reed Smith LLP |
| 1201 Market Street, Suite 1500 | 599 Lexington Avenue, 29th Floor |
| Wilmington, Delaware  19801 | New York, NY  10022-7650 |

Dated: _December 7, 2005_

/s/ David P. Primack
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: (302) 467-4221
Fax: (215) 467-4201