IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaimants. | Civil Action No. CV-05-141 (KAJ) |

### CERTIFICATE OF SERVICE

I, John G. Harris, Esquire, hereby certify that on December 8, 2005, I caused the foregoing PERMATEX'S OBJECTIONS AND RESPONSES TO PLAINTIFF ROCEP LUSOL'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT PERMATEX, to be served on the following counsel of record, in the manner indicated below:

**VIA HAND DELIVERY**
David Primack Esq.
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street,
Suite 1000
Wilmington, DE 19801-1254

**VIA FIRST CLASS MAIL**
Robert E. Cannuscio
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

REED SMITH LLP

By: /s/ John G. Harris
　　John G. Harris, Esq. (No. 4017)
　　1201 Market Street, Suite 1500
　　Wilmington, Delaware 19801
　　Telephone: (302) 778-7500
　　Facsimile: (302) 778-7575
　　E-mail: jharris@reedsmith.com