IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-141-KAJ |
| | ) | |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | ) ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |

## NOTICE OF SERVICE

I, David Primack, hereby certify that on December 23, 2005, true copies of the following:

1. **PLAINTIFF ROCEP LUSOL'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT PERMATEX; and**
2. **PLAINTIFF ROCEP LUSOL'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT ULTRAMOTIVE.**

were served, upon counsel for Permatex and Ultramotive as follows:

| **Via First Class Mail** | **Via First Class Mail** |
|---|---|
| John Harris, Esq. | Lloyd McAuley, Esq. |
| Reed Smith LLP | Reed Smith LLP |
| 1201 Market Street, Suite 1500 | 599 Lexington Avenue, 29th Floor |
| Wilmington, Delaware 19801 | New York, NY 10022-7650 |

Dated: December 27, 2005

/s/ David P. Primack
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: (302) 467-4221
Fax: (215) 467-4201