IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,       )<br>                                                                 )<br>    Plaintiff/Counterclaim Defendant,  )<br>                                                                 )<br>    v.                                                        )<br>                                                                 )<br>PERMATEX, INC., and ULTRAMOTIVE  )<br>CORPORATION,                                      )<br>                                                                 )<br>    Defendants/Counterclaimants.       ) | Civil Action No. 05-141-KAJ |

### ORDER

At Wilmington this **26th** day of **January, 2006**,

IT IS ORDERED that the status teleconference presently set for **February 28, 2006 at 4:30 p.m.** is hereby rescheduled to **February 28, 2006 at 3:30 p.m.** Counsel for plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE