IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaimants. | Civil Action No. CV-05-141 (KAJ) |

## CERTIFICATE OF SERVICE

I, John G. Harris, Esquire, hereby certify that on January 25, 2006, I caused the foregoing ULTRAMOTIVE'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF ROCEP LUSOL's FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT ULTRAMOTVE, to be served on the following counsel of record, in the manner indicated below:

**VIA HAND DELIVERY**
David Primack, Esq.
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street,
Suite 1000
Wilmington, DE 19801-1254

REED SMITH LLP

By: _____
John G. Harris, Esq. (No. 4017)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: jharris@reedsmith.com

**VIA FIRST CLASS MAIL**
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996