IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaimants. )<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. CHIN

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Stephen M. Chin, Esq. to represent Defendants Permatex, Inc. and Ultramotive Corporation (collectively, "Defendants") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the State and District Court bars of the State of New York and New Jersey, as well as the United States Patent and Trademark.

-2-

Dated:  February 9, 2006                                     Respectfully submitted,

                                                             REED SMITH LLP

                                                             /s/ John G. Harris
                                                             John G. Harris (De Bar I.D. 4017)
                                                             1201 Market Street - Suite 1500
                                                             Wilmington, DE 19801
                                                             Attorneys for Defendants Mellon Trust of
                                                             Delaware, Mellon Bank and Mellon
                                                             Financial Corporation
                                                             Telephone:  (302) 778-7500
                                                             Facsimile:  (302) 778-7575
                                                             E-mail:  jgharris@reedsmith.com