IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC. and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaimants. | ) <br>) Civil Action No. –CV-05-141(KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of Stephen M. Chin, Esq. is granted.

**IT IS SO ORDERED.**

                                                        **BY THE COURT:**

Dated: _____    _____
                                                               Honorable Kent A. Jordan
                                                               United States District Court