IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED | ) | Civil Action No. –CV-05-141(KAJ) |
| Plaintiff and Counterclaim Defendant, | ) | |
| v. | ) | |
| PERMATEX, INC. and ULTRAMOTIVE CORPORATION | ) | |
| Defendants and Counterclaimants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF LLOYD MCAULAY**

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Lloyd McAulay, Esq. to represent Defendants Permatex, Inc. and Ultramotive Corporation (collectively, "Defendants") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the State and District Court bars of the State of New York, as well as the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Federal Circuit, United States Supreme Court and United States Patent and Trademark.

-2-

Dated: February 9, 2006                              Respectfully submitted,

                                                     REED SMITH LLP

                                                     /s/ John G. Harris
                                                     John G. Harris (De Bar I.D. 4017)
                                                     1201 Market Street - Suite 1500
                                                     Wilmington, DE 19801
                                                     Attorneys for Defendants Mellon Trust of
                                                     Delaware, Mellon Bank and Mellon
                                                     Financial Corporation
                                                     Telephone: (302) 778-7500
                                                     Facsimile: (302) 778-7575
                                                     E-mail: jgharris@reedsmith.com

WILLIB-46998.1-JGHARRIS 2/8/06 4:55 PM