IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaimants. )<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

## CERTIFICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 of the District Court of Delaware, I hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the State and District Court bars of the State of New York, as well as the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Federal Circuit, United States Supreme Court and United States Patent and Trademark., and, pursuant to Local Rule 83.6, hereby submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have acquired a copy of the Local Rules of this Court and am generally familiar with those Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

2

        By: _____
            Lloyd McAulay, Esq.
            REED SMITH LLP
            599 Lexington Avenue
            New York, NY 10022
            Telephone: (212) 521-5400
            Facsimile: (212) 521-5450
            E-mail: lMcAulay@reedsmith.com

Dated: February 9, 2006