IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaimants. )<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

## PROPOSED ORDER

IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of Lloyd McAulay, Esq. is granted.

**IT IS SO ORDERED**.

BY THE COURT:

Dated: _____   _____
Honorable Kent A. Jordan
United States District Court