IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaimants. )<br>) | Civil Action No. –CV-05-141(KAJ) |

### CERTIFICATE OF SERVICE

I, John G. Harris, Esquire, hereby certify that on this 9th day of February, 2006, I caused the foregoing, **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF LLOYD MCAULAY** to be served on the following counsel of record, in the manner indicated below:

| **VIA HAND DELIVERY**<br>David Primack Esq.<br>Robert E. Cannuscio, Esq.<br>Drinker Biddle & Reath LLP<br>1100 North Market Street,<br>Suite 1000<br>Wilmington, DE 19801-1254<br>Tel: 302-467-4224<br>Fax: 302 467-4201 | **VIA FIRST CLASS MAIL**<br>Robert E. Cannuscio<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103-6996<br>Telephone:  (215) 988-3303<br>Facsimile:  (215) 988-2757 |
|---|---|

/s/ John G. Harris
John G. Harris, Esq. (DE Bar I.D. 4017)