IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,          )<br>                                                                    )<br>        Plaintiff/Counterclaim Defendant,     )<br>                                                                    )<br>v.                                                                ) <br>                                                                    )<br>PERMATEX, INC., and ULTRAMOTIVE      )<br>CORPORATION,                                          )<br>                                                                    )<br>        Defendants/Counterclaimants.          ) | Civil Action No. 05-141-KAJ |

## JOINT SUBMISSION OF INTERIM STATUS REPORT

Counsel for Plaintiff submits, on behalf of the parties, the following Interim Status Report as required pursuant to the Scheduling Order in this litigation.

The parties are in the middle of discovery in this matter. Discovery has been proceeding in accordance with schedule and there are currently no disputes that the parties believe require the Court's involvement.

On February 10, 2006, the parties participated in the Court ordered mediation conference. The parties have agreed to a voluntary stay of discovery for the next three weeks to continue the mediation discussions. The parties do not believe this stay will have any impact on the current schedule set by the Court.

The Court has scheduled a Status Conference on February 28, 2006. The parties agree that there is nothing to report to the Court that is not set forth in this Interim Status Report. Accordingly, unless the Court believes there is a need to hold the Status Conference, the parties request that the conference be taken off the Court's calendar.

PHIP\495476\1

Dated: 2/21/06

Respectfully submitted,
ROCEP LUSOL HOLDINGS LIMITED

BY: *[signature]*

DAVID P. PRIMACK (#4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757

Attorneys for
ROCEP LUSOL HOLDINGS LIMITED