IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE )<br>CORPORATION, )<br>)<br>Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed with the Clerk of the Court using CM/ECF of a Joint Submission Of Interim Status Report and served it upon the following in the manner indicated:

**Via Hand Delivery**
John Harris, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

**Via Mail**
Lloyd McAuley, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022-7650

Dated: 2/21/06

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201