IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> PERMATEX, INC., and ULTRAMOTIVE ) <br> CORPORATION, ) <br> ) <br> Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, David P. Primack, hereby certify that on 4/25/06, a true copy of the following:

**ROCEP LUSOL HOLDINGS LIMITED'S RESPONSE TO ULTRAMOTIVE CORPORATION'S SECOND SET OF INTERROGATORIES TO PLAINTIFF, NOS. 16-20,**

was served, upon counsel for Permatex and Ultramotive as follows:

| **Via First Class Mail** | **Via First Class Mail** |
|---|---|
| Lloyd McAuley, Esq. | Stephen Chin, Esq. |
| Reed Smith LLP | Reed Smith LLP |
| 599 Lexington Avenue, 29th Floor | 599 Lexington Avenue, 29th Floor |
| New York, NY 10022-7650 | New York, NY 10022-7650 |

Dated: April 25, 2006

/s/ David P. Primack
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: (302) 467-4221
Fax: (215) 467-4201