IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> PERMATEX, INC., and ULTRAMOTIVE ) <br> CORPORATION, ) <br> ) <br> Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, David Primack, hereby certify that on May 1, 2006, true copies of the following:

1. **NOTICE OF DEPOSITION OF CHRISTIAN SCHEINDEL;**
2. **NOTICE OF DEPOSITION OF NEIL PUTNAM;**
3. **NOTICE OF DEPOSITION OF JASON EDDY;**
4. **NOTICE OF DEPOSITION OF SANDY WHITE;**
5. **NOTICE OF DEPOSITION OF ULTRAMOTIVE CORPORATION;**
6. **NOTICE OF DEPOSITION OF MITCH BOLINSKY;**
7. **NOTICE OF DEPOSITION OF DARREN FARRUGIA; and**
8. **NOTICE OF DEPOSITION OF PERMATEX, INC.**

were served, upon counsel for Permatex and Ultramotive as follows:

**Via Facsimile and First Class Mail**
Stephen Chin, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022-7650

**Via First Class Mail**
John Harris, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Dated: 5/3/06

/s/ David P. Primack
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: (302) 467-4221
Fax: (215) 467-4201

PHIP\514583\1