IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE )<br>CORPORATION, )<br>)<br>Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## NOTICE OF SERVICE

I, David Primack, hereby certify that on May 10, 2006, true copies of the following:

1. **UPDATED NOTICE OF DEPOSITION OF MITCH BOLINSKY;**
7. **UPDATED NOTICE OF DEPOSITION OF DARREN FARRUGIA; and**
8. **UPDATED NOTICE OF DEPOSITION OF PERMATEX, INC.**

were served, upon counsel for Permatex and Ultramotive as follows:

**Via Facsimile and First Class Mail**
Stephen Chin, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022-7650

**Via First Class Mail**
John Harris, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Dated: March 11, 2006

/s/ David P. Primack
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: (302) 467-4221
Fax: (215) 467-4201

PHIP\516530\1