IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendant )<br>)<br>)<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

**DECLARATION OF STEPHEN CHIN IN SUPPORT OF**

**DEFENDANTS' PROPOSED CLAIM CONSTRUCTION**

**AND**

**MOTIONS FOR SUMMARY JUDGMENT**

I, Stephen Chin, hereby declare as follows:

1. I am a Partner of Reed Smith, LLP, counsel for Defendants Permatex, Inc. and Ultramotive Corporation, and I make this Declaration in support of Defendants' Proposed Construction of Disputed Claim Terms, Defendants' Motion for Summary Judgment of Non-infringement and Defendants' Motion for Summary Judgment of Invalidity.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,685,064.

3. Attached hereto as Exhibit 2 is a true and correct copy of PCT Publication No. WO 99/18010.

4. Attached hereto as Exhibit 3 is a true and correct copy of <u>Primos Inc. v. Hunter's Specialties</u>, 2005 U.S. App. LEXIS 14525, decided June 14, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Preliminary Amendment dated October 9, 2002, bearing Bates Nos. RL-0788 through RL-0092, that was filed with the U.S. Patent and Trademark Office during the prosecution of U.S. Patent Application Serial No. 10/169,290, the application that ultimately issued as U.S. Patent No. 6,685,064, the patent in suit.

6. Attached hereto as Exhibit 5 are true and correct copies of pages 751, 2046 and 2047 of Webster's Third New International Dictionary, containing definitions of the words "engage" and "seal."

7. Attached hereto as Exhibit 6 is a true and correct copy of the Joint Claim Construction Chart submitted to the Court by the parties on May 26, 2006.

This declaration is filed pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2006 at New York, NY.

_____
Stephen M. Chin