**EXHIBIT 4**

PATENT
Attorney Docket No.: 8830-92 (176033)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### ACTING AS THE DESIGNATED/ELECTED OFFICE

| | | |
|---|---|---|
| In re: | Patent application of Bernard D. Frutin | International Application No.: PCT/GB00/04967 |
| U.S. Serial No.: 10/169,290 | | International Filing Date: December 22, 2000 |
| Filed: June 28, 2002 | | Group Art Unit: Not Yet Assigned |
| For: | Dispensing Apparatus | Examiner: Not Yet Assigned |



DOCKETED
OCT 11 2002
DRINKER, BIDDLE & REATH, LLP

### PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
BOX PCT
Washington, D.C. 20231

Sir:

This Preliminary Amendment is being filed before a first action on the merit.

No fee should be due for entry of this Preliminary Amendment. However, in the event that a fee is due, please charge such fee and credit any overcharge to Attorney Deposit Account No. 50-0573.

---

**CERTIFICATE OF MAILING
UNDER 37 C.F.R. 1.8(a)**

I hereby certify that this paper, along with any paper referred to as being attached or enclosed, is being deposited with the United States Postal Service on the date indicated below, with sufficient postage, as first class mail, in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231.

BY: _/s/ Laura M. McNulty_
DATE: _October 9, 2002_

## AMENDMENT

Please amend the application, without prejudice, as follows:

*In the Claims:*

1. (Amended) A dispensing apparatus for dispensing a product from a container, said apparatus comprising:

a container;

a product chamber within the container;

a tilt valve adjacent to the product chamber and having a valve stem provided with an external thread;

a hinge assembly attached to the container;

a lever hingedly attached to the hinge assembly and comprising a bearing portion; and

a nozzle assembly sealingly engageable with the hinge assembly and provided with an internal thread engaged with the external thread of the valve stem,

the nozzle assembly being rotatable relative to the hinge assembly and the lever between open and closed positions of said nozzle assembly and including an actuator portion provided with a surface which cooperates with the lever bearing portion such that in the open position of said nozzle assembly operation of the lever causes movement of the actuator portion to open the valve and permit flow of the product out of the apparatus.

6. (Amended) A dispensing apparatus according to Claim 1 wherein said actuator portion comprises a ring member and wherein said surface of said actuator portion is a cam surface and comprises at least one depression and at least one raised surface.

RL-0790

9. (Amended) A dispensing apparatus according to Claim 1 wherein said lever comprises two lever bearing portions arranged at opposite sides of said valve.

## REMARKS

The claims 1, 6 and 9 have been amended to present them in a better form for examination. Support for these amendments can be found on page 10, line 21 through page 11, line 8 of the published PCT application. Claims 3-5, 10, 13 and 14 have been canceled. No new matter has been added to the application by means of these amendments.

An early action on the merits is solicited.

If the Examiner believes that direct communication with the Applicant's representative will expedite examination of this application, the Examiner is invited to contact the undersigned.

Respectfully submitted,
BERNARD D. FRUTIN

By: _____
ROBERT E. CANNUSCIO
Registration No. 36,469
Drinker Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 988-3303
(215) 988-2757 (fax)

Attorney for Applicant

PHIP\335816\1

- 3 -

## APPENDIX - Marked-up Version of Amended Claims

1. (Amended) A dispensing apparatus for dispensing a product from a container, said apparatus comprising:

    a container;

    a product chamber within the container;

    a <u>tilt</u> valve adjacent to the product chamber <u>and having a valve stem provided with an external thread</u>;

    a hinge assembly attached to the container;

    a lever hingedly attached to the hinge assembly and comprising a bearing portion; and

    a nozzle assembly sealingly engageable with the hinge assembly <u>and provided with an internal thread engaged with the external thread of the valve stem</u>,

    the nozzle assembly being rotatable <u>relative to the hinge assembly and the lever</u> between open and closed positions of said nozzle assembly and including an actuator portion provided with a [cam] surface which cooperates with the lever bearing portion such that in the open position of said nozzle assembly operation of the lever causes movement of the actuator portion to open the valve and permit flow of the product out of the apparatus.

3.     CANCELLED
4.     CANCELLED
5.     CANCELLED

6. (Amended) A dispensing apparatus according to Claim 1 wherein said actuator portion comprises a ring member and wherein said [cam] surface of said actuator portion <u>is a cam surface and</u> comprises at least one depression and at least one raised surface.

9. (Amended) A dispensing apparatus according to Claim 1 wherein said lever [further] comprises two lever bearing portions arranged at opposite sides of said valve.

10.     CANCELLED

PHIP\335816\1

- 4 -

RL-0791

- 5 -

13. CANCELLED
14. CANCELLED

PHIP\335816\1

- 5 -

RL-0792