**EXHIBIT 5**

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED



REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

G. & C. MERRIAM COMPANY, *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

rhetorical ⟨he had fresh troops and superior numbers and forced the *enemy* back until they abandoned the field —C.H. Lanza⟩ ⟨donning his sword and buckler to fight the *foe*⟩
**enemy alien** *n* : a foreigner resident in a country with which his country is at war
**eneolithic** *usu cap, var of* AENEOLITHIC
**en·epi·dermic** \(ˌ)en+\ *adj* [²*en-* + *epidermic*] : applied to the unbroken skin for medicinal purposes
**ener·geia** \ˌenərˈjīə, -rˈgā\, also -rgʹ, also ēˈ(ē)yə\ *n* -s [Gk, activity, operation — more at ENERGY] : ENERGY 4a — contrasted with *dynamis*
**en·er·get·ic** \ˌenə(r)ˈjed-ik, -et|, |ēk\ *adj* [Gk *energētikos* active, fr. (assumed) *energētos* (verbal of *energein* to be in action, effect, fr. *energos* active, effective) + *-ikos* *-ic*] **1** : exhibiting energy : STRENUOUS ⟨an ~ administration of business affairs⟩ : marked by energy ⟨an ~ walk⟩ ⟨an ~ campaigner⟩ **2** : operating with force, vigor, or effect ⟨~ laws⟩ ⟨an ~ oxidizing agent for the creation of high temperatures⟩ **3** : possessing energy : having the capacity for action or exerting force ⟨the volcanoes that raised the islands are still ~ in places⟩ **4** : of, relating to, based on, or in terms of energy ⟨~ stability⟩ ⟨~ equation⟩ *syn* see VIGOROUS
**en·er·get·i·cal** \-əkəl, |ēk\ *adj* [Gk *energētikos* + E *-al*] : ENERGETIC — **en·er·get·i·cal·ly** \-ək(ə)lē, |ēk-, -li\ *adv*
**en·er·get·i·cist** \-əˈjed-əsəst, -et|\ *n* -s [fr. *energetics*, after such pairs as E *physics: physicist*] : a specialist in energetics
**en·er·get·ics** \-iks, |ēks\ *n pl but sing in constr* : a branch of mechanics that deals primarily with energy and its transformations ⟨nuclear ~⟩
**en·er·ge·tis·tic** \ˌenə(r)jedˈistik, -je|tis-, -tēk\ *adj* [*energetics* + *-ist* + *-ic*] : relating to energetics
**ener·gic** \(ˌ)eˈnərjik, əˈn-,ēˈn-\ *adj* [*energy* + *-ic*] : ENERGETIC
**en·er·gid** \ˈenə(r)jəd, -(,)jid\ *n* -s [ISV *energ-* (fr. Gk *energos* active) + *-id*; orig. formed as G *energid*] : a nucleus and the body of cytoplasm with which it interacts — called also *protoplast*
**en·er·gism** \ˈenə(r)ˌjizəm\ *n* -s [G *energismus*, fr. *energie* energy (fr. LL *energia*) + *-ismus* *-ism*] **1** : a doctrine that certain phenomena (as mental states) are explicable in terms of energy **2** : an ethical theory that the supreme good consists in the efficient exercise of normal human faculties rather than in happiness or pleasure : SELF-REALIZATIONISM
**en·er·gist** \-jəst\ *n* -s : an adherent of energism
**en·er·gize** *also* **en·er·gise** \-ˌjīz\ *vb* [*energy* + *-ize*] *vi* : to put forth energy : ACT ~ *vt* **1** : to impart energy to : make active ⟨~ the will⟩ **2** : to make energetic or vigorous ⟨~ the administration of an office⟩ **3** : to make an electric circuit alive electrically by applying voltage to ⟨allow current to flow from the battery to ~ the windings —Joseph Heitner⟩ *syn* see STRENGTHEN, VITALIZE
**en·er·giz·er** \-zə(r)\ *n* -s : one that energizes; *specif* : a metal carbonate (as barium carbonate) mixed with charcoal in a carburizing compound to increase carburizing speed
**en·er·gu·men** \ˌenə(r)ˈgyümən\ *n* -s [LL *energumenus* one possessed by an evil spirit, fr. LGk *energoumenos*, fr. Gk, worked on, being the object of an action, pres. middle part. of *energein* to be in action, effect, fr. *energos* active, effective] **1** : a person possessed by or as if by an evil spirit : DEMONIAC; *specif* : one belonging to a Christian church in the first centuries and placed in a special class ministered to by exorcists and allowed limited participation in common worship **2** : a fanatical devotee, adherent, or enthusiast ⟨military ~s⟩
**en·er·gy** \ˈenə(r)jē, -ji\ *n* -ES [LL *energia*, fr. Gk *energeia* activity, operation, fr. *energos* active, effective, fr. *en* in + *ergon* work — more at IN, WORK] **1** *of language or style* : imaginative or affective force : VITALITY **2** : the capacity of acting, operating, or producing an effect : inherent power ⟨an individual of great intellectual ~⟩ ⟨he expended his *energies* in useless tasks⟩ **3** : power efficiently and forcefully exerted : vigorous or effectual operation : VIGOROUSNESS ⟨the ~ and success of an argument⟩ **4 a** : the realized state of potentialities as opposed to their unrealized state — compare ENTELECHY **b** (1) : ACTIVITY; *esp* : psychical activity (2) : the product of activity : EFFECT **5** : an entity rated as the most fundamental of all physical concepts and usu. regarded as the equivalent of or the capacity for doing work either being associated with material bodies (as a coiled spring or speeding train) or having an existence independent of matter (as light or X rays traversing a vacuum), its physical dimensions being the same as those of work $ML^2 \div T^2$ where $M$ is mass, $L$ length, and $T$ time, usu. being expressed in work units (as footpounds or ergs), and in any form being endowed with the properties of mass (as inertia, momentum, gravitation) by relativity which assigns to the energy $E$ an equivalent mass $m$ by the equation $m = E \div c^2$ where $c$ is the speed of light — see CONSERVATION OF ENERGY, KINETIC ENERGY, POTENTIAL ENERGY **6** : MUZZLE ENERGY *syn* see POWER
**energy balance** *n* : the relation between intake of food and output of work (as in muscular or secretory activity) that is positive when the body stores extra food as fats and negative when the body draws on stored fat to provide energy for work
**energy density** *n* : the amount of energy (as in a beam of radiation) per unit volume
**energy level** *or* **energy state** *n* : one of the stable states of constant energy that may be assumed by a physical system — used esp. of the quantum states of electrons in atoms or molecules, of nuclei, or of other systems of interacting elementary particles
**energy spectrum** *n* : an arrangement of particle energies (as of alpha particles or photoelectrons) in a heterogeneous beam that is analogous to the arrangement of frequencies in an optical spectrum
**¹ener·vate** \ˈēˌnərvət, ə¹n-,eˈn-\ *adj* [L *enervatus*, past part. of *enervare*] : ENERVATED
**²en·er·vate** \ˈenə(r)ˌvāt, *usu* -ād·+V\ *vt* -ED/-ING/-S [L *enervatus*, past part. of *enervare* to make weak or effeminate, fr. *e* out of, out + *-nervare* (fr. *nervus* sinew, nerve) — more at E-, NERVE] **1** *obs* : to cut the nerves or tendons of; *specif* : HAMSTRING **2** : to lessen the nerve, vitality, or strength of : ENFEEBLE ⟨heat ~s people⟩ **3** : to reduce the mental or moral vigor of : WEAKEN ⟨a government *enervated* by corruption⟩ *syn* see UNNERVE
**en·er·vat·ed** \ˈenə(r)ˌvād·əd, -ātəd\ *adj* [fr. past part. of ²*enervate*] : lacking physical, mental, or moral vigor : ENERVATE *syn* see LANGUID
**en·er·va·tion** \ˌenə(r)ˈvāshən\ *n* -s [LL *enervation-, enervatio*, fr. L *enervatus* + *-ion-, -io* *-ion*] **1** : the act or action of enervating **2** : the quality or state of being enervated
**en·er·va·tor** \ˈenə(r)ˌvād-ə(r), -ātə-\ *n* -s : one that enervates
**enerve** *vt* [F *énerver*, fr. L *enervare*] *obs* : ²ENERVATE
**-enes** *pl of* -ENE
**eneuch** *or* **eneugh** \ənˈ(y)ük, -ˈ(y)ük, -ˈ(y)ək\ *Scot var of* ENOUGH
**enew** *vt* -ED/-ING/-S [ME *enewen*, fr. AF *enewer* to moisten, fr. OF *en-* ¹*en-* + *ewe, eve, aigue* water (fr. L *aqua*) — more at ISLAND] *obs*, *of a hawk* : to drive or plunge (a fowl) into the water
**en face** \äⁿˈfäs\ *adv* [F, opposite] **1** : facing forward : having face or front forward ⟨a portrait *en face*⟩ **2** : OPPOSITE ⟨a collection of French poems with English translation *en face*⟩
**en-face** \enˈfās, enˈ\ *vt* [*en-* (as in *endorse*) + *face*, n.] *Brit* : to write or print on the face of (a draft or bill) ⟨bill ~ drafts with memoranda⟩; *also* : to write or print (a memorandum or direction) on the face of a draft or bill

**en·fee·ble·ment** \-bəlmənt\ *n* -s **1** : the action of enfeebling **2** : the quality or state of being enfeebled
**en·fee·bler** \-b(ə)lə(r)\ *n* -s : one that enfeebles
**en·feoff** \ənˌen +\ *vt* -ED/-ING/-S [ME *enfeffen, enfeoffen*, fr. AF *enfeffer, enfeoffer*, fr. OF *en-* ¹*en-* + *fief*, n., fee — more at FEE] **1** : to invest with a fief or fee : invest (a person) with a freehold estate by feoffment ⟨the holdings in which a baron ~ed his leading tenants —F.M.Stenton⟩ **2** *obs* : to give into vassalage
**en·feoff·ment** \ˈmənt\ *n* -s [ME *enfeffement*, fr. AF, fr. *enfeffer* + *-ment*] **1** : the act of enfeoffing **2** : the instrument or deed by which one is enfeoffed
**en fête** \äⁿˈfāt\ *adj* [F, in festival] : being in festal dress : making a holiday showing
**en·fetter** \ənˌen +\ *vt* [¹*en-* + *fetter*, n.] : to bind in fetters
**¹en·field** \ˈenˌfēld\ *adj, usu cap* [fr. *Enfield*, urban district in Middlesex, England] : of or from the urban district of Enfield, England : of the kind or style prevalent in Enfield
**²enfield** \"\ *or* **enfield rifle** *n* -s *usu cap* E [fr. *Enfield*, Middlesex, Eng., where it was orig. manufactured] **1** : a muzzle-loading rifled musket of .577 caliber used by the British during the Crimean War and by U.S. troops in the Civil War **2** : a .303 caliber magazine rifle of bolt type used by the British **3** : a .30 caliber rifle used by U.S. troops in World War I — see RIFLE illustration
**¹en·fi·lade** \ˈenfəˌlād, -ˌlīd,-ad *also* ˈän...ˌīd *or* ˈän...ad; ˌ·'ˌ·'\ *n* -s [F, series, row, military enfilade, fr. *enfiler* to thread, string, take with gunfire in a lengthwise direction (fr. OF, to thread, fr. *en-* ¹*en-* + *fil*, n., thread) + *-ade* — more at FILE] **1** : arrangement (as of rooms, doorways, trees) in opposite and parallel rows **2 a** : a condition permitting the delivery of fire at an objective (as a trench or line of troops) from a point on or near the prolongation of its longest axis **b** : a position favorable for enfilade firing
**²enfilade** \"\ *vt* -ED/-ING/-S **1** : to arrange (as trees or rooms) to form an enfilade **2** : to rake or be in a position to rake (as a fortification or concentration of troops) with gunfire in a lengthwise direction
**en-file** \ənˈfī(ə)l, en-\ *vt* [ME *enfilen*, fr. MF *enfiler*] *archaic* : to put on a string : THREAD
**enfiled** *adj* [fr. past part. of *enfile*] *heraldry* : passed or thrust through — used with *with* or *of* ⟨two branches ~ with a baron's coronet⟩ ⟨~ with a chaplet of roses —Edward Almack⟩
**en·fire** \ənˌen +\ *vt* [ME *enfiren*, fr. *en-* ¹*en-* + *fir*, n., fire — more at FIRE] *archaic* : KINDLE
**enflame** *var of* INFLAME
**en·flesh** \ənˌen +\ *vt* [¹*en-* + *flesh*, n.] : to clothe with or as if with flesh ⟨~ the idea of spirit —H.O.Taylor⟩
**en·fleu·rage** \ˌäⁿ.flü¹räzh\ *n* -s [F, fr. *enfleurer* to saturate with the perfume of flowers (fr. *en-* ¹*en-* + *fleur*, n., flower, fr. L *flor-, flos*) + *-age* — more at BLOW (to bloom)] : a process of obtaining fragrant oils for perfumes by exposing successive batches of freshly picked flowers to layers of fat (as a mixture of lard and tallow) coated on stacked glass plates and finally extracting usu. with alcohol the resulting pomade
**en·fold** \ənˈfōld, en-\ *vt* **enfolded**; **enfolding** *or archaic* **enfolden**; **enfolding**; **enfolds** [alter. (influenced by ¹*en-*) of *infold*] **1 a** : to surround with a covering : CONTAIN ⟨gilded tombs do worms ~ —Shak.⟩ ⟨~ed within the covers of this volume —N.Y.Herald Tribune Bk. Rev.⟩ **b** : to cover with or as if with folds : ENVELOP ⟨the new atmosphere that seemed to ~ her —Helen R. Martin⟩ ⟨blackness moved up the walls till night ~ed the pass —Zane Grey⟩ ⟨she lay *enfolden* in the warm shadow of her loveliness —P.B.Shelley⟩ **2 a** : to clasp with or within the arms : EMBRACE ⟨arms ~ing bunches of flowering branches —Angélica Mendoza⟩ **b** : to take in and hold ⟨either ~ them as respectable ... members of a commercial society or drive them on —Russell Lord⟩ **3** : to make or put a fold in : fold over or back ⟨~ed margins⟩
**en·fold·er** \-də(r)\ *n* : one that enfolds
**enfolding** *n* : a folding in : FOLD, CREASE
**en·fold·ment** \-d|mənt\ *n* -s : an action of enfolding
**en·force** \ənˈfō(ə)rs, en-, -ó(ə)rs,-ōəs,-ó(ə)s\ *vt* [ME *enforcen*, fr. MF *enforcier* to strengthen, force, fr. OF, fr. *en-* ¹*en-* + *force*, n., strength & *forcier*, v., to attack — more at FORCE (n.), FORCE (v.)] **1** : to give force to : REINFORCE ⟨his comment is enough to confirm and ~ the significance attributed to a free ballot⟩ **2 a** : to urge with energy ⟨~ arguments⟩ **b** *obs* : ENCOURAGE, INSPIRE **3** *obs* : to use force upon : ASSAIL, ASSAULT **4** *obs* : to fling or drive forcibly **5** : CONSTRAIN, COMPEL ⟨~ obedience from children⟩ **6** *obs* : to make or obtain by force ⟨~ a passage⟩ **7** : to put in force : cause to take effect : give effect to esp. with vigor ⟨~ laws⟩ ⟨a government unable to ~ its national interests ⟨*enforced* his rule by cruel methods —C.S.Forester⟩
*syn* IMPLEMENT, ENFORCE refers to requiring operation, observance, or protection of laws, orders, contracts, and agreements by authority, often that of a whole government or of its executive or legal branches ⟨this law is seldom *enforced*⟩ ⟨in order to make the papal bureaucracy disciplined and fit for such duties he *enforced* the hated rule of celibacy upon his clergy —Herbert Agar⟩ ⟨the mediator's request for troops to back up its resolutions and *enforce* the truce —Collier's Yr. Bk.⟩ IMPLEMENT suggests performance of such acts as are necessary to bring into actual effect or operation some agreed-on plan or measure ⟨the estimates of public accountants that the actual cost of *implementing* the bill would be about double the amount the president forecast —Current Biog.⟩ ⟨he also urged that military equipment be given to the nations of Western Europe to *implement* the Brussels pact —Current Biog.⟩ ⟨to *implement* the prison's group activities by providing films, books, and pamphlets —Saturday Rev.⟩
**en·force·abil·i·ty** \-ˌ-əˈbiləd-ē, -ātē, -i\ *n* -es : the quality or state of being enforceable
**en·force·able** \-¹-əbəl\ *adj* : capable of being enforced
**en·forced** \-st\ *adj* [fr. past part. of *enforce*] : COMPELLED, FORCED ⟨~ obedience⟩ ⟨~ idleness⟩ — **en·forced·ly** \-sədlē, -stlē, -li\ *adv*
**en·force·ment** \-smənt\ *n* -s [MF *enforcement*, fr. OF, fr. *enforcier* + *-ment*] : the act of enforcing: as **a** : compulsion esp. by physical violence **b** : forcible urging or argument ⟨the ~ of a reasonable claim⟩ **c** : the compelling of the fulfillment (as of a law or order)
**en·forc·er** \-¹-ə(r)\ *n* -s : one that enforces; *specif* : a gunman used to enforce discipline within a gang
**en·forc·ive** \-¹-iv\ *adj, obs* : tending to enforce
**enforest** *vt* [¹*en-* + *forest*, n.] *obs* : AFFOREST
**enfouldred** *adj* [¹*en-* + *obs*. E *fouldre* thunderbolt, lightning (fr. ME *fouldre, foudre*, fr. MF, fr. L *fulgur*) + E *-ed;* akin to L *flagrare* to burn — more at BLACK] *obs* : mixed with or emitting lightning
**en-frame** \ənˈfrām, en-\ *vt* [¹*en-* + *frame*, n.] : FRAME — **en-frame·ment** \-ˈāmmənt\ *n* -s
**enfranch** *vt* [prob. by shortening] *obs* : ENFRANCHISE
**en·fran·chise** \ənˈfranˌchīz, en-, -raan- *sometimes* -īs\ *vt* [ME *enfraunchisen*, fr. MF *enfranchiss-*, stem of *enfranchir*, fr. OF, fr. *en-* ¹*en-* + *franc* free — more at FRANK] **1** : to set free (as from slavery, prison, or obligation) **2 a** : to endow with a franchise (as to admit to the privileges of a freeman or citizen **b** : NATURALIZE **3** : to admit (a town or city) to political privileges : give political rights to (a town or city) **4** : to make (lands) freehold under feudal law *syn see* FREE
**en·fran·chise·ment** \-mənt, -ˌchəzmənt *sometimes* -ˌchəsm- *or* än fra(a)nˈchē-,

**en·gage** \ənˈgāj, en-\ *vb* -ED/-ING/-S [ME *engagen*, fr. MF *engager, engagier*, fr. OF *engagier*, fr. *en-* ¹*en-* + *gage* pledge, pawn — more at GAGE] *vt* **1 a** *obs* : MORTGAGE, PAWN, PLEDGE **b** : to offer (as one's life or word) as backing to a cause or aim : expose to risk for the attainment or support of some end ⟨*engaged* his all in the king's cause⟩ ⟨I would like to drop out of this undertaking but my word is *engaged*⟩ **2 a** *obs* : to involve or entangle (as a person) in some affair or enterprise **b** *obs* : to entangle or entrap in or as if in a snare or bog **c** : to attract and hold ⟨*engaged* his attention by a series of sprightly comments⟩ **d** : to make (an architectural member) fast; *esp* : to partially incorporate (a column) in a wall **e** : to come into contact or interlock with : MESH ⟨the teeth of one gear wheel *engaging* those of another to transmit power⟩; *also* : to cause (parts) to engage ⟨~ the gears, then slowly let in your clutch⟩ **3 a** *obs* : to commit (as a person) as surety (as for the payment of a debt or performance of an obligation) **b** : to bind (oneself) to do or to forbear doing something by or as if by a formal promise or contract ⟨he *engaged* himself not to call on his father for help⟩; *esp* : to bind (as oneself) by a pledge to marry ⟨a girl who *engaged* herself to three different men in as many months⟩ — usu. used passively ⟨they had been *engaged* for over six years⟩ **c** : to pledge or commit (as oneself) to participate in some social or business activity ⟨*engaged* herself to attend the meeting⟩; *often* to bind by a previous commitment ⟨I would like to go with you but I am *engaged* that evening⟩ ⟨a popular hairdresser whose time is *engaged* weeks in advance⟩ **4 a** : to provide occupation for (as a person, his interest, or labor) : require the use of ⟨it *engaged* all their strength to budge the stone⟩ ⟨to fix the attention, but not to ~ the mind, is a precise statement of the advertiser's formula —D.M.Potter⟩ ⟨subsistence farming ~s the major efforts of the settlers⟩ ⟨his family had been *engaged* in trade for generations⟩ **b** : to arrange to obtain the services of usu. for a wage or fee ⟨she was *engaged* to play the leading role in the new opera⟩ ⟨you will need to ~ a cook and two extra maids if you take that house⟩; *also* : to enter (oneself) into an agreement to serve ⟨he *engaged* himself with the new company for two years⟩ **c** : to secure or arrange to secure (as accommodations, goods, or aid) ⟨we will ~ a suite at the hotel⟩ ⟨have your agent ~ wheat for fall delivery⟩ ⟨I have *engaged* the help of the local chief in order to recruit enough porters⟩ **d** : to gain over : win and attach : ATTRACT ⟨his gentle persistence gradually *engaged* all the neighbors⟩ ⟨she ~s everyone with her pretty girlish ways⟩ **5 a** *archaic* : to call upon : EXHORT, INDUCE, PERSUADE **b** : to hold the attention of : ENGROSS, OCCUPY ⟨the puzzle *engaged* him all evening⟩ ⟨we were *engaged* in cleaning the cottage until just before you came⟩ **c** : to induce to participate : draw out ⟨I *engaged* him in conversation⟩ **6 a** : to enter into contest with : bring to conflict ⟨ordered to seek out and ~ the enemy fleet⟩ **b** : to bring together or interlock (weapons) ⟨*engaged* their foils after a preliminary pass or two⟩ ⟨the battling stags ~ their heavy antlers and strive for mastery⟩ ~ *vi* **1** : to promise or pledge oneself ⟨*engaged* to free the Holy Land⟩ : enter into or take on an obligation ⟨they *engaged* to sell our grain at the best possible price⟩ ⟨the Indians *engaged* to keep the peace⟩ **b** : to become pledged or answerable : GUARANTEE, PROMISE — usu. used with *for* ⟨he'll be there on time but that's all I can ~ for⟩ ⟨he ~s for the honesty of his brother⟩ **2 a** : to begin and carry on an enterprise, esp. a business or profession ⟨he *engaged* in trade for several years⟩ **b** : to employ or involve oneself ⟨he *engaged* in one long round of pleasure as long as his money lasted⟩ **c** : to take part : PARTICIPATE ⟨he *engaged* in a long-winded dispute⟩ ⟨*engaging* in a hog-calling contest⟩ **3 a** : to enter into conflict : join battle **b** : to bring together or interlock weapons — used esp. of fencers **4** *archaic* : to become involved or entangled **5** *of machinery* : to be or become in gear (as of two gear wheels working together) : interlock and interact *syn* see PROMISE
**en·gaged** \-jd\ *adj* [fr. past part. of *engage*] **1** : OCCUPIED, EMPLOYED **2** : pledged or promised esp. in marriage : BETROTHED **3** : greatly interested : EARNEST **4** : involved esp. in a hostile encounter ⟨the ~ ships continued the fight⟩ **5** *of an architectural member* **a** : partly embedded or bonded (as in a wall) ⟨an ~ column⟩ **b** : FITTED, FRAMED **6 a** *of machinery* : being in gear **b** *of gears* : MESHED — **en·gaged·ly** \-jədlē, -jdlē, -li\ *adv* — **en·gaged·ness** \-jədnəs, -jd)n-\ *n* -ES
**en·gage·ment** \-jmənt\ *n* -s **1 a** : the act of engaging or state of being engaged : a pledging or pledged state : INVOLVEMENT, ATTACHMENT **b** : BETROTHAL **2** : something that engages (as an engrossing occupation, an obligation) ⟨his ~s kept him very busy⟩ **b** : PREPOSSESSION, BIAS : favorable attachment ⟨religion, which is the chief ~ of our league —John Milton⟩ **3 a** : a promise to be present at a specified time and place : APPOINTMENT ⟨a previous ~⟩ **b** : employment esp. by contract for a stated time ⟨an ~ as leading lady⟩ **4 engagements** *pl* : pecuniary liabilities : OBLIGATIONS **5** : the act of crossing fencing blades in any of the eight positions **6** : the state of being in gear or in such contact that motion may be transmitted ⟨one part of a clutch is brought into ~ with the other part⟩ **7** : the phase of parturition in which the fetal head passes into the pelvic canal **8 a** : hostile encounter between military forces ⟨forces ... reported small patrol ~s during the day —N.Y.Times⟩ **b** : a duel or other single combat
*syn* ENGAGEMENT, APPOINTMENT, RENDEZVOUS, TRYST, ASSIGNATION, DATE can apply, in common, to an agreement or commitment to be in a specific place at a specific time for a specified purpose. ENGAGEMENT is the general term interchangeable in basic meaning with any of the rest ⟨his *engagement* with the duke —F.M.Stenton⟩ ⟨an *engagement* with the doctor at 2 p.m.⟩ ⟨an *engagement* to meet secretly after dark⟩ APPOINTMENT applies chiefly to an engagement with someone, as a doctor or executive, who must apportion his time in order to meet all commitments ⟨an *appointment* with the dentist⟩ ⟨an *appointment* to see the governor⟩ ⟨an *appointment* with fate⟩ RENDEZVOUS, now commonly an agreed-upon meeting or meeting place, can still signify a pledge, often implicit, to meet someone or something usu. at a specific place and time which honor makes inescapable ⟨I have a *rendezvous* with Death — Alan Seeger⟩ ⟨this generation of Americans has a *rendezvous* with destiny —F.D.Roosevelt⟩ TRYST, now chiefly poetic, applies generally to a lovers' agreement to meet at a particular place or time ⟨young women kept *trysts* with their beaux here —Amer. Guide Series: N.C.⟩ An ASSIGNATION is commonly a tryst but is usu. illicit or clandestine ⟨make *assignations* for them with ladies of the street —G.B.Shaw⟩ DATE is interchangeable with but more current in speech than ENGAGEMENT, often suggesting a more casual agreement esp. between young men and women ⟨remembering suddenly he had a riding *date* with the major's wife at 12:30 —James Jones⟩ ⟨she has a *date* with a boy⟩
**engagement ring** *n* : a ring given in token of betrothal; *esp* : a diamond solitaire so given by a man to his fiancée
**en·gag·er** \-jə(r)\ *n* -s : one that engages: as **a** *obs* : a person who acts as a guarantor : SURETY **b** : one that engages in an activity or occupation **c** : a person who engages another's service : EMPLOYER
**engaging** *adj* [fr. pres. part. of *engage*] : tending to draw favorable attention to the affections : ATTRACTIVE ⟨~ manners⟩ *syn*



**sea-born** \\'ₛ,ₛ\\ *adj* **1 :** born of or in the sea ⟨*sea-born* nymphs⟩ **2 :** originating in or rising from the sea ⟨a *sea-born* isle⟩ ⟨*sea-born* rocks⟩

**seaborne** \\'ₛ,ₛ\\ *adj* **1 :** borne or carried upon the sea : transported by ship ⟨~ supplies⟩ ⟨~ invasion⟩ **2 :** engaged in or carried on by overseas shipping ⟨~ trade⟩

**sea bottle** *n* **1 :** a marine green alga (*Valonia ventricosa*), whose thallus is a single inflated cell **2 a :** an alga of the genus *Fucus* — usu. used in pl. **b :** one of the swollen vesicles on the thallus of such an alga

**seabound** \\'ₛ,ₛ\\ *adj* **1 :** bounded by the sea **2 :** bound for the sea

**sea boy** *n* **1 :** SHIP BOY **2 :** a very young sailor

**sea brant** *n* **1 :** a common brant (*Branta bernicla*) of Europe and eastern No. America **2 :** WHITE-WINGED SCOTER

**sea breach** *n* **1 a :** a breaking or overflow (as of a bank or dike) by the sea **b** *obs* **:** SEABEACH **2 :** a destructive breaker or series of breakers

**sea bread** *n* **1 :** HARDTACK **2 :** CRUMB-OF-BREAD SPONGE

**sea bream** *n* **:** any of numerous marine percoid fishes: as **a :** a fish of the family Sparidae **b :** POMFRET 1; *broadly* **:** a fish of the family Bramidae **c :** any of several grunts (as the pinfish or the pompon)

**sea breeze** *n* **:** a cooling breeze blowing inland from the sea generally in the daytime

**sea brief** *n* **:** SEA LETTER

**sea buckthorn** *n* **:** a Eurasian maritime shrub (*Hippophaë rhamnoides*) of the family Eleagnaceae having silvery leaves and orange-red edible berries and yielding a yellow dye

**sea-bull** \\'ₛ,ₛ\\ *n* [ME *see-bule*, fr. *see* sea + *bule* bull — more at SEA, BULL] **:** a male sea cow

**sea bun** *n* **:** HEART URCHIN

**sea buoy** *n* **:** the first buoy at the channel entrance to a harbor from the sea

**sea burdock** *n* **:** a halophile cocklebur (*Xanthium echinatum*) native to coastal areas of eastern No. America but widely distributed by commerce

**sea bush** *or* **sea club** *n* **:** GORGONIAN

**sea butterfly** *n* **:** PTEROPOD

**sea cabbage** *n* **1 :** SEA KALE **2 :** a European maritime plant (*Brassica oleracea*) from which the cabbage, cauliflower and broccoli have been derived in cultivation

**sea cabin** *n* **:** an emergency cabin near a ship's bridge for the use of captain and officers

**sea calf** *n* [ME *see calf*, fr. *see* sea + *calf*] **:** HARBOR SEAL

**sea campion** *n* **:** a European maritime perennial herb (*Silene maritima*) with bluish gray foliage and showy trusses of usu. white single or double flowers

**sea captain** *n* **:** the master of a merchant vessel whether active or retired

**sea card** *n* **:** the card of a mariner's compass

**sea carp** *n* **:** MORWONG

**sea cat** *n* **1 a :** FUR SEAL **b :** HARBOR SEAL **2 a :** WEEVER a **b :** WOLFFISH **c :** SEA CATFISH **3** *chiefly Africa* **:** OCTOPUS

**sea catfish** *n* **:** any of numerous marine fishes of the family Ariidae most of which are mouthbreeders and few of which are used as food

**sea cauliflower** *n* **:** a multilobed alcyonarian (*Alcyonium multiflorum*) of the No. Atlantic fishing banks

**sea celandine** *n* **:** HORNED POPPY

**sea centipede** *n, Austral* **:** any of several marine isopods

**sea change** *n* **1 :** a change wrought by the sea ⟨of his bones are coral made, those are pearls that were his eyes; nothing of him that doth fade but doth suffer a *sea change* —Shak.⟩ **2 :** a marked transformation (as to something richer or finer)

**sea chest** *n* **1 :** a sailor's storage chest for personal property **2 :** a casting connected to the side of a ship below the water line and to a valve for obtaining seawater (as for condensers)

**sea chickweed** *n* **:** SEABEACH SANDWORT

**sea clam** *n* **:** SURF CLAM

**sea cloth** *n* **:** a painted cloth representing waves for use on a theatrical stage

**sea club rush** *n* **:** a common No. American bulrush (*Scirpus robustus*); *also* **:** a closely related Old World bulrush (*S. lacustris*)

**sea coal** *n* [ME *seecole*, fr. *see* sea + *cole* coal — more at SEA, COAL] **1** *archaic* **:** mineral coal **2 :** pulverized bituminous coal used as a foundry facing

**seacoast** \\'ₛ,ₛ\\ *n* [ME *seecost*, fr. *see* sea + *cost* coast — more at COAST] **:** the shore or border of the land adjacent to the sea

**seacoast angelica** *n* **:** a stout perennial herb (*Coelopleurum lucidum*) of the family Umbelliferae common in northeastern coastal No. America and having compound leaves on inflated stalks, compound umbels of greenish flowers, and prominently ribbed fruits

**seacoast bluestem** *n* **:** a bluestem (*Andropogon littoralis*) of beaches and dunes of eastern No. America that is very similar to and often considered a variety of the little bluestem and that is locally valued as a palatable forage grass and as an arrester of wind erosion of sandy soil

**seacoast laburnum** *n, Austral* **:** LABURNUM 2

**sea cock** *n* **1 :** a cock or valve close to a ship's hull for opening or closing a pipe which communicates with the sea **2 :** BLACK-BELLIED PLOVER

**sea coconut** *n* **1** *also* **sea coco a :** a lofty fan palm (*Lodoicea seychellarum*) of the Seychelle islands having leaves that are used for thatching **b :** the fruit of the sea coconut which often weighs 50 pounds and in which are 3 or 4 bilobed nuts with a smooth rind — called also *double coconut* **2 :** the fruit of the bussu

**sea cole** *n* **:** SEA KALE

**sea compass** *n* **:** MARINER'S COMPASS

**sea coot** *n* **1 :** SCOTER **2 :** GUILLEMOT

**sea corn** *n* **:** the yellow mass of egg capsules produced by some marine snails (as whelks)

**sea cow** *n* **1 :** SIRENIAN, MANATEE, DUGONG; *esp* **:** STELLER'S SEA COW **2 :** WALRUS 1 **3 :** HIPPOPOTAMUS

**sea cradle** *n* **:** CHITON 2

**seacraft** \\'ₛ,ₛ\\ *n* **1 :** sea-going ships **2 :** skill in navigation

**seacrafty** \\'ₛ,ₛ\\ *adj* **:** skilled in matters relating to the sea

**sea crawfish** *or* **sea crayfish** *n* **:** SPINY LOBSTER

**sea cress** *n* **:** GLASSWORT 1

**seacross** *n* **:** JELLYFISH; *esp* **:** a jellyfish in which four radial canals appear in the form of a cross

**sea crow** *n* **1 :** a chough (*Pyrrhocorax pyrrhocorax*) **2 :** CORMORANT **3 :** BLACK-HEADED GULL **4 :** a skua (*Catharacta skua*) **5** *Brit* **:** RAZORBILL **6 :** a coot (*Fulica americana*) **7 :** BLACK SKIMMER **8 :** OYSTER CATCHER

**sea cucumber** *n* **:** HOLOTHURIAN; *esp* **:** any holothurian whose contracted body suggests a cucumber in form

**sea cudweed** *n* **:** a hoary European cottonweed (*Diotis maritima*) of the family Compositae

**seaculture** \\'ₛ,ₛ\\ *n* **:** the cultivation of marine life forms (as plankton or fishes) for food

**sea-cun-ny** \\'sē,kənē\\ *n* -ES [by folk etymology fr. Per *sukkānī*, fr. *sukkān* rudder, helm, fr. Aᴾ] *India* **:** STEERSMAN, QUARTERMASTER

**sea cushion** *or* **sea daisy** *n* **:** a thrift (*Armeria maritima*)

**sea-cut** \\'ₛ,ₛ\\ *adj* **:** formed by the erosive action of sea waves **:** WAVE-CUT ⟨a *sea-cut* terrace⟩

**sea-daddy** \\'ₛ,ₛ\\ *n, Brit* **:** a skilled seaman who is detailed to instruct young or new hands

**sea daffodil** *n* **1 :** a white-flowered bulbous herb (*Pancratium maritimum*) common along the Mediterranean **2 :** a bulbous herb (*Hymenocallis calathina*) of Peru and Bolivia that resembles the Mediterranean sea daffodil

**sea dahlia** *n* **:** a plant of the genus *Coreopsis* of the Pacific coast of the U.S. with flowers resembling yellow dahlias

**sea date** *n* **:** any of various bivalves of the genus *Lithophagus* somewhat resembling dates in shape **:** DATE MUSSEL

---

**sea dog** *n* **1 :** an experienced sailor **:** one long at sea **b :** PRIVATEER, PIRATE

**seadog** \\'ₛ,ₛ\\ *n* **:** FOGBOW

**sea dotterel** *n* **1 :** TURNSTONE 1 **2 :** a dotterel common to most non-European countries (*Charadrius hiaticula*)

**sea dove** *n* **1 :** DOVEKIE 2 **2 :** BLACK GUILLEMOT

**sea dragon** *n* **1 :** DRAGONET **2 :** SEA MOTH **3 :** any of several beautifully colored Australian fishes (family Syngnathidae) intermediate between the pipefishes and the sea horses having many large leaflike appendages on the plates of the body that simulate the seaweed among which they live

**sea drake** *n* **1 :** CORMORANT **2 :** a male eider

**sea-drome** \\'sē,drōm\\ *n* [¹*sea* + *-drome*] **:** a floating airdrome serving as an intermediate or emergency landing place for airplanes

**sea drum** *n* **:** BLACK DRUM

**sea duck** *n* **:** any of various ducks (as the scoters, mergansers, and eiders) that frequent the sea; *esp* **:** EIDER

**sea dust** *n* **1 :** fine and usu. reddish dust blown to sea by winds from arid lands and when caught in falling raindrops giving rise to blood rain **2** *slang* **:** SALT

**sea duty** *n* **:** duty in the U.S. Navy performed outside the continental U.S. or specified dependencies thereof

**sea eagle** *n* **1 a :** any of various eagles that are related to the bald eagle and feed largely on fish — see KAMCHATKAN SEA EAGLE, WHITE-TAILED SEA EAGLE **b :** FISHING EAGLE **c :** OSPREY **2 :** EAGLE RAY

**sea-ear** \\'ₛ,ₛ\\ *n* **:** ABALONE

**sea eel** *n* **:** a marine eel (as the conger eel); *also* **:** SEA LAMPREY

**sea egg** *n* **1 :** SEA URCHIN; *specif* **:** the bare test of a sea urchin from which the spines have fallen

**sea elephant** *n* **:** ELEPHANT SEAL

**sea explorer** *n* **:** a youth at least 14 years old who is enrolled in the sea exploring division of the Boy Scouts of America

**sea fan** *n* **:** a gorgonian that branches in a fanlike form; *esp* **:** a gorgonian (*Gorgonia flabellum*) of Florida and the West Indies

**seafarer** \\'ₛ,ₛ\\ *n -s* **:** one occupied in or given to seafaring; *specif* **:** MARINER

**¹seafaring** \\'ₛ,ₛ\\ *adj* [¹*sea* + *faring*, pres. part. of *fare*] **:** of, given to, or engaged in seafaring ⟨~ days⟩ **:** occurring in the course of or concerned with seafaring ⟨a ~ adventure⟩ ⟨~ yarns⟩

**²seafaring** \\'"\\ *n -s* [¹*sea* + *faring*, gerund of *fare*] **:** traveling over the sea as a pursuit or recreation; *esp* **:** the mariner's calling

**sea feather** *n* **:** a gorgonian that branches in a plumelike form; *esp* **:** SEA PEN

**sea fennel** *n* **:** SAMPHIRE 1

**sea fern** *n* **1 :** a gorgonian that branches like a fern **2 :** finely branched and often brightly dyed material resembling a growth of algae, used as an aquarium ornament, and prob. the remains of a marine colonial bryozoan

**sea fig** *n* **:** BEACH APPLE

**sea fight** *n* **:** an engagement between ships at sea

**sea fir** *n* **:** a sertularian hydroid; *esp* **:** a hydroid (*Abietinaria abietina*) common on the British coast that branches like a miniature fir

**sea fire** *n* **:** marine bioluminescence

**sea fisherman** *also* **sea fisher** *n* **:** one who fishes esp. as an occupation out in the open sea

**sea flea** *n* **:** BEACH FLEA

**seaflower** \\'ₛ,ₛ\\ *n* **:** a sea anemone or similar actinozoan

**sea-foam** \\'ₛ,ₛ\\ *n* [ME *seefome*, fr. *see* sea + *fome, fom* foam — more at SEA, FOAM] **1 :** froth on the sea **2** [trans. of G *meerschaum*] **:** MEERSCHAUM 1

**seafoam** \\'"\\ *n* [*sea-foam*] **:** a brilliant to light green that is very slightly lighter than chrysoprase

**seafoam green** *n* **:** a pale yellow green that is yellower, lighter, and stronger than smoke gray, yellower and slightly lighter and stronger than oyster gray, and yellower and paler than average Nile

**seafoam yellow** *n* **:** a pale yellow green that is yellower, lighter, and stronger than smoke gray, yellower, lighter, and slightly stronger than oyster gray, and yellower and paler than average Nile

**sea fog** *n* **:** a fog drifted onshore or condensed from relatively warm onshore winds

**seafolk** \\'ₛ,ₛ\\ *n* **:** seafaring people **:** MARINERS

**seafood** \\'ₛ,ₛ\\ *n* **:** marine fish and shellfish used as food or of kinds suitable for food

**sea-for-thia** \\sē'fōrthēa\\ *n* [NL, fr. Francis Mackenzie Humbertson, Lord Seaforth †1815 Eng. nobleman + NL *-ia*] *syn* of PTYCHOSPERMA

**seafowl** \\'ₛ,ₛ\\ *n* **:** a bird (as an auk, gannet, gull, tern, or petrel) that frequents the sea

**sea fox** *n* **1 :** THRESHER SHARK **2 :** a lanky long-muzzled long-eared more or less rufous jackal (*Canis variegatus*) of the northeastern African seacoast

**sea fret** *n* [²*fret*] **:** SEA FOG

**seafront** \\'ₛ,ₛ\\ *n* **:** the waterfront of a seaside place; *also* **:** a built-up zone (as of buildings and promenades) along such a front

**sea frontage** *n* **:** frontage on the sea **:** an extent of seafront

**sea frontier** *n* **:** a large nonadministrative sea and land area command (as in the U.S. Navy) organized under a district commandant

**sea froth** *n* **:** SEA-FOAM

**sea furbelow** *n* **:** a sea tangle (*Laminaria bulbosa*)

**sea garfish** *n* **:** an Australian pelagic halfbeak (*Hyporhamphus intermedius*)

**sea gasket** *n* **:** a fixed furling line such as is used at sea

**sea-gate** \\'ₛ,ₛ\\ *n* [²*gate*] **:** a long rolling swell of the sea

**sea gate** [¹*gate*] *n* **1 :** a way (as a gate, beach, or channel) that gives access to the sea **2 :** a gate that serves as a protection against seas

**sea gherkin** *n* **:** a small sea cucumber of *Cucumaria* or related genera

**sea ginger** *n* **:** a hydrocoral (*Millepora alcicornis*) with branching fingerlike processes that much resembles dried gingerroot

**sea girdle** *n* **1** *or* **sea hanger :** VENUS'S-GIRDLE **2 :** any of various kelps of the genus *Laminaria* (esp. *L. digitata*) with palmately cleft fronds

**seagirt** \\'ₛ,ₛ\\ *adj* **:** surrounded or enclosed by the sea

**sea-god** \\'ₛ,ₛ\\ *n* **:** a deity (as Neptune) held to live in or rule the sea or a part of the sea ⟨the *sea-gods* ride upon the sounding waves —William Hazlitt⟩

**seagoer** \\'ₛ,ₛ(,)\\ *n* **:** one that travels by sea **:** SEAFARER

**¹seagoing** \\'ₛ,ₛ,\\ *n* **:** travel by sea **:** SEAFARING

**²seagoing** \\'"\\ *adj* **1 a :** designed or adapted for sailing the open sea in distinction from rivers or harbors ⟨a ~ tug⟩ **b :** fitted to be used on a seagoing vessel ⟨a ~ chronometer⟩ **2 a :** SEAFARING **b :** CATADROMOUS

**sea goose** *n* **1 :** PHALAROPE **2 :** DOLPHIN

**sea gooseberry** *n* **:** a ctenophore of *Pleurobrachia* or a related genus **:** a typical ctenophore

**sea gown** *n, obs* **:** a garment for use at sea ⟨my *sea gown* scarf't about me —Shak.⟩

**sea grape** *n* **1 a :** GULFWEED **b :** a tree or shrub of the genus *Coccoloba*; *esp* **:** a variable plant (*C. uvifera*) of sandy shores of Florida and tropical America having rounded leaves with cordate bases and bearing clusters of bluish edible berries **c :** a leafless shrub (*Ephedra distachyon*) of southeastern Europe **d :** GLASSWORT **2 sea grapes** *pl* **:** the clusters of gelatinous egg capsules of squids (as those of the genus *Loligo*)

**sea grass** *n* **1 a :** a tassel grass (*Ruppia maritima*) **b :** a plant of the genus *Salicornia* (esp. *S. europaea*) **c :** THRIFT 6 **d** *or* **sea hay :** EELGRASS 1; *also* **:** its dried stems widely used for stuffing furniture and in making coarse fabrics **2 :** any of several seaweeds; *esp* **:** a green alga (genus *Enteromorpha*)

---

**sea-green** \\'ₛ,ₛ\\ *adj* **1 :** green like seawater esp. in waters fathomable with a hand sounding line **2 :** of the color sea green **3 :** of, relating to, or being incorruptibly, disinterestedly, and rigidly devoted to some ideal or objective esp. in the world of political thought or action

**sea gudgeon** *n* **:** any of various marine gobies

**sea gull** *n* **1 :** a gull frequenting the sea; *broadly* **:** GULL **2** *slang* **:** a waterfront prostitute or one chiefly catering to sailors

**sea gypsy** *n* **:** BAJAU

**sea-hair coralline** *n* **:** a delicate sertularian hydroid (*Sertularia operculata*)

**sea hare** *n* **:** any of various large naked mollusks constituting the genus *Tethys*, having arched backs and anterior tentacles that project like ears, and being reputed to attain a length of nearly 2 feet and a weight of over 15 pounds

**sea hawk** *n* **:** JAEGER, SKUA

**sea heath** *n* **:** a plant of the genus *Frankenia*

**sea heath family** *n* **:** FRANKENIACEAE

**sea hedgehog** *n* **1 :** SEA URCHIN **2 :** GLOBEFISH

**sea hen** *n* **1 :** any of several sea birds: as **a :** SKUA **b** *Brit* **:** a common guillemot (*Uria aalge*) **2 :** a lumpsucker (*Cyclopterus lumpus*)

**sea hog** *n* **:** PORPOISE

**sea holly** *n* **1 :** a European evergreen herb (*Eryngium maritimum*) formerly used as an aphrodisiac **2 :** a bear's-breech (*Acanthus mollis*)

**sea hollyhock** *n* **:** a rose mallow (*Hibiscus moscheutos*)

**sea horse** *n* [ME *sehors*, fr. *se* sea + *hors* horse — more at SEA, HORSE] **1 a :** WALRUS 1 **b** *obs* **:** HIPPOPOTAMUS **2 :** a fabulous creature half horse and half fish; *also* **:** a heraldic representation of a monster with the forepart of a horse joined to the tail of a fish and with webbed feet **3 a :** any of numerous small fishes (family Syngnathidae) mostly of the genus *Hippocampus* that are related to the pipefishes but of stockier build, have the head and forepart of the body sharply flexed and suggestive of the head and neck of a horse, are covered with rough bony plates and equipped with a prehensile tail and in the male a short broad pouch immediately behind the vent in which the eggs hatch, and occur in most warm and warm-temperate seas **b :** HORSEFISH 1d **4 :** a large whitecap on a wave **5 :** a short-handled clam rake with long prongs


sea horse 3a

**seahound** \\'ₛ,ₛ\\ *n* [ME *seehound*, fr. *see* sea + *hound*] **:** DOGFISH

**sea ice** *n* **:** ice formed by the freezing of seawater **:** masses of floating ice that have drifted to sea

**sea island cotton** *also* **sea island** *n, often cap S&I* [fr. *Sea Islands*, chain of islands in the Atlantic off the coast of So. Carolina, Georgia, and Florida] **:** a cotton (*Gossypium barbadense*) with unusually long and silky fiber grown esp. in the West Indies and along the coast region of the southeastern U.S. — called also *tree cotton*; see EGYPTIAN COTTON

**sea island myrtle** *n* **:** GROUNDSEL BUSH

**sea jelly** *n* **:** JELLYFISH

**sea kale** *n* **:** a European perennial herb (*Crambe maritima*) that has a fleshy branching rootstalk and is sometimes cultivated for its large ovate long-stalked leaves which are used as a potherb — called also *sea cole*

**seakale beet** \\'ₛ,ₛ,ₛ\\ *n* **:** a garden beet grown for its edible foliage and usu. lacking an enlarged root

**seakeeping** \\'ₛ,ₛ,ₛ\\ *adj* **:** remaining or capable of remaining at sea during severe storms ⟨a ~ ship⟩ ⟨the ~ qualities of a ship design⟩

**sea kemp** *n* **:** SEA PLANTAIN — usu. used in pl.

**sea kidney** *n* **:** SEA PANSY

**sea-kindliness** \\'ₛ,ₛ,ₛ\\ *n* **:** the quality or state of being seakindly

**sea-kindly** \\'ₛ,ₛ\\ *adj* **:** well adapted to handling at sea ⟨a *sea-kindly* ship⟩

**sea king** *n* **1** [trans. of ON *sækonungr*] **:** a Norse pirate chief — compare VIKING **2 :** a prehistoric king in Crete

**sea kit-tie** \\'ₛ ˈkiti\\ *n* [*kittie*, short for *kittiwake*] *Brit* **:** KITTIWAKE

**¹seal** \\'sēl\\ *esp before pause or consonant* -ᵊl\\, *n, pl* **seals** *also* **seal** *often attrib* [ME *selch, sele*, fr. OE *seol-, seolh*; akin to MLG *sel* seal, OHG *selah*, ON *selr* seal, and perh. to OE *sulh* furrow — more at SULCUS] **1 :** any of numerous marine aquatic carnivorous mammals that constitute the families Phocidae and Otariidae, live chiefly near cool seacoasts or on ice floes but crawl ashore to bear young and to breed, feed on fish and other marine animals, have the limbs modified into webbed flippers adapted primarily to swimming, and have been extensively hunted for fur, hides, and oil **:** any pinniped other than a walrus — see EARED SEAL, EARLESS SEAL, ELEPHANT SEAL, FUR SEAL, HAIR SEAL, SEA LION **2 a :** the pelt of a fur seal usu. plucked and dyed for use in garments and often imitated by shearing and dyeing rabbit or muskrat ⟨a ~ coat⟩ **b :** leather made from the skin of a seal — see PIN SEAL **3** *or* **seal brown :** a dark grayish yellowish brown that is less strong and slightly redder than sepia brown and slightly redder and paler than otter

**²seal** \\'"\\ *vi* -ED/-ING/-S **:** to hunt seals

**³seal** \\'"\\ *n -s* [ME *seel*, fr. OF, fr. L *sigillum* small figure, small image, seal, dim. of *signum* sign, mark, figure, image — more at SIGN] **1 a :** something that confirms, ratifies, or makes secure **:** GUARANTEE, ASSURANCE **b** (1) **:** a device (as an emblem, symbol, or word) used to identify or replace the signature of an individual or organization and to authenticate (as under common law) written matter purportedly emanating from such individual or organization (2) **:** a surface (as of a medallion or the face of a ring) bearing such a device incised so as to be reproducible in plastic material (as wax or moist clay); *also* **:** an object (as a ring) bearing such a seal (3) **:** an impression of such a device (as on or attached to a document) in plastic material; *also* **:** a piece of wax, a wafer, or other substance bearing such an impression **c :** an impression, device, sign, or mark given the effect of a common-law seal by statute law or by American local custom recognized by judicial decision ⟨the word "seal" or the letters "L.S." written or printed, or a scroll made with the pen may constitute a ~ within the meaning of the law⟩ **d :** an adhesive stamp bearing a symbolic or pictorial design suggestive of a particular cause and usu. distributed as an appeal for or acknowledgment of a contribution to that cause **2 :** something that firmly closes or secures: as **a :** a piece of material (as sealing wax) placed in such a manner (as on an envelope or a folded document) as to prevent opening without breaking it; *also* **:** any of various closures or fastenings (as on a door, container, or railway car) that cannot be opened without rupture and that serve as a check against tampering or unauthorized opening **b :** something (as a vow) that obliges one to maintain silence **c** (1) **:** a tight and perfect closure (as against the passage of gas or water) ⟨turn the jars upside down to be sure the ~ is tight⟩ ⟨the flashing must make a ~ with the roofing⟩ (2) **:** a device to prevent the passage or return of gas or air into a pipe or container (as by submerging the open end of a pipe in a liquid, by keeping filled with liquid a deep bend in a pipe, or by projecting a partition or gland into a liquid-filled space) ⟨a water ~⟩ ⟨a gland ~⟩ (3) **:** a tight joint formed by the lap or bearing of a valve or similar member beyond the opening or space which the valve closes **(4) :** a cemented stone cover of an altar sepulcher **d :** a sealing coat applied in the finishing of wood **3** *chiefly Brit* **:** an official seal (as of a chancellor or secretary of state) esp. as a symbol

of official status : an indication or mark of office — usu. used in pl. and with *the* ⟨his majesty ordered the immediate surrender of the ~s⟩   **4** *obs* : a ceremony of affixing the great seal to documents   **5 a** : something that gives a character to a person such that he may be recognized as belonging to an indicated agent ⟨the ~ of God⟩   **b** : an indication of status and esp. of approved, superior, or desirable status ⟨gave the party the ~ of her approval⟩ — **under seal** *adv* : with an authenticating seal affixed; *esp* : with both signature and seal

**⁴seal** \"\ *vb* -ED/-ING/-S [ME *selen*, fr. OF *seeler*, fr. *seel*, n.] *vt* **1** : to confirm or make secure by or as if by a seal : confirm in a particular association — often used in allusion to Rev 7:2–8 (RSV) ⟨God ~s His own⟩ : as **a** : to give a character to (a person) such that he may be recognized as belonging to an agent — used esp. of God in relation to the faithful   **b** : to solemnize for eternity (as a marriage or an adoption of a child) — used by Mormons   **2 a** : to set or affix an authenticating seal to; *also* : to formally authenticate : RATIFY   **b** : to mark with a stamp usu. as an evidence of standard exactness, legal size, weight, or capacity, or merchantable quality   **c** : to give under, or as if under seal : grant authentically ⟨now must your conscience my acquittance ~ —Shak.⟩   **2 a** : to give authenticity to : serve as the seal of ⟨their pleasure ~s our satisfaction⟩   **3 a** : to fasten with or as if with a seal to prevent tampering ⟨~ a letter⟩ ⟨the coroner ~ed the premises⟩   **b** : to keep shut, enclosed, or confined ⟨lips ~ed by a promise⟩ ⟨ice may ~ in the boats as early as September⟩   **c** : to close or fasten by a coating or other fastening that prevents access or leakage ⟨~ed the patch in place with strong pitch⟩ ⟨~ each jampot with hot wax⟩; *often* : to make gas or fluid tight by a process of sealing ⟨~ed the leak with a blowout patch⟩ ⟨the jars must be perfectly ~ed if the food is to keep⟩   **d** : to make fast (as a piece of iron in a wall or a wire in a bulb) with cement, plaster, fusible glass, or other filling : close up chinks, crevices, or breaks in with or as if with plaster ⟨~ a leaky wall⟩; *also* : to close the pores of (a wooden or other porous surface) with a sealer   **e** : to complete the movement of (as an electric contactor, switch, or relay) after the contacting parts touch each other   **4 a** : to mark or fasten when applied — used esp. of a seal ⟨the new seal ~ed it cleanly and without blurring⟩   **b** : to fix firmly or steadily as if fastened   **5** : to determine irrevocably or indisputably ⟨this answer ~ed our fate⟩   ~ *vi* **1 a** : to affix one's seal or a seal   **b** *obs* : to give an assent by or as if by affixing a seal   **2** : to perform the act of closing by sealing — **seal a move** : to file a sealed statement of a move to be made on resumption of an adjourned chess game

**⁵seal** \"\ *n* -S [ME *sele*, fr. (assumed) ME *selen* to tie up cattle (whence E dial. *seal*), fr. OE *sēlan* to tie, bind, fr. *sāl* rope — more at SOLE] *chiefly Scot* : a rope or chain used to tie cattle
**seal·able** \-lǝbǝl\ *adj* : capable of sealing or being sealed
**sea lace** *n* : a seaweed (*Chorda filum*) having blackish fronds resembling cords — usu. used in pl. — called also *sea twine*
**sea ladder** *n* : a rope ladder or set of steps to be lowered over a ship's side for use in coming aboard (as at sea)   **2** : SEA STEPS, JACOB'S LADDER
**sea lamprey** *n* : an anadromous lamprey (*Petromyzon marinus*) of the Atlantic coasts of No. America and Europe that attains a length of about three feet, is sometimes used as food, at maturity ascends streams to breed and then dies, and has recently become a serious pest destructive of native fish fauna in the Great Lakes
**sea-lane** \'\ *n* : an established sea route : TRADE ROUTE
**sea language** *n* : sailors' cant
**seal·ant** \'sēlǝnt\ *n* -S [⁴*seal* + -*ant*] : a sealing agent ⟨radiator ~⟩
**sea lark** *n* **1** : ROCK PIPIT   **2** *Brit* : any of several small shore birds (as a ringed plover, turnstone, red-backed sandpiper, or sanderling)
**sea laurel** *n* : a coarse American commercial sponge (*Euspongia dura*)
**sea lavender** *n* **1** : a plant of the genus *Limonium*   **2** : SEA LUNGWORT   **3** : a maritime shrub (*Mallotonia gnaphalodes*) of the family Boraginaceae found in subtropical and tropical coastal No. America and having fleshy hairy leaves and white flowers in scorpioid racemes or spikes
**sea law** *n* : MARITIME LAW; *specif* : any of various compilations of customary maritime laws made in medieval times
**sea lawyer** *n* **1 a** : GRAY SNAPPER   **b** : SHARK   **2** : an argumentative captious sailor; *broadly* : a person skilled in the use of red tape and minutiae esp. to avoid unwanted tasks or responsibilities — compare PHILADELPHIA LAWYER
**seal brown** *n* [¹*seal*] : SEAL FINGER
**sealch** \'selk, -lk\ *n* [ME (Sc dial.) *selghe*, fr. OE *seolh* — more at SEAL] *chiefly Scot* : ¹SEAL   **1**
**seal character** *n* [³*seal*] : Chinese writing of an early type that is still employed on seals and inscriptions
**seal coat** *n* [³*seal*] : a final coat of bituminous material applied during construction to a bituminous macadam or concrete for sealing the surface of the pavement
**seal cylinder** *n* [³*seal*] : CYLINDER SEAL
**sea league** *n* : MARINE LEAGUE
**sealed** *adj* [fr. past part. of ⁴*seal*] **1** : unknown or unknowable like a sealed book ⟨a ~ language⟩   **2** : undisclosed at the start like sealed orders ⟨~ handicaps in a race⟩ ⟨a ~ bid⟩
**sealed bank bill** *n* : BANK BILL 1
**sealed-beam** \'·,·\ *adj* : of, relating to, or being an electric light with prefocussed reflector and lens sealed in the lamp vacuum ⟨*sealed-beam* automobile headlights⟩
**sealed book** *n* : something as inaccessible to the understanding as a book that cannot be opened
**sealed orders** *n pl* : sealed written directions not to be opened until a specified time; *esp* : such directions given to the captain of a ship whose destination is not to be known until it is at sea
**sealed verdict** *n* : a written verdict sealed up by the jury prior to leaving their place of confinement and deliberation, delivered to a proper office of the court in the absence of the judge or of the defendant in a criminal case, and not final until read in court with judge, jury and defendant in a criminal case present and then approved by the jury
**sealed will** *n* : MYSTIC WILL
**sea legs** *n pl* **1** : adjustment to or ability to move normally in the presence of the rolling or pitching of a ship at sea   **2** : freedom from seasickness
**sea lemon** *n* : any of several nudibranchiate mollusks of the family Dorididae having a smooth convex yellow body
**sea lentil** *n* : GULFWEED
**sea leopard** *n* **1 a** : LEOPARD SEAL   **b** : WEDDELL SEAL   **c** : HARBOR SEAL   **2** : leather prepared from the skin of the wolffish
**¹seal·er** \'sēlǝ(r)\ *n* -S [ME *seler*, fr. *selen* to seal + -*er* — more at SEAL] **1** : one that seals: as **a** : an official who attests or certifies conformity to a standard of correctness or quality ⟨a ~ of weights and measures⟩ ⟨a ~ of leather⟩   **b** : one whose work is sealing containers (as jars, bags, boxes) or articles (as storage batteries, radio tubes); *also* : an operator of a sealing machine   **c** : a device or machine that seals ⟨a can ~⟩   **d** : a coat (as of size) applied to prevent subsequent coats of paint or varnish from sinking in   **2** : CAPPER 5
**²sealer** \"\ *n* -S [²*seal* + -*er*] : a mariner or a ship engaged in hunting seals
**sealer's finger** *n* : SEAL FINGER
**seal·ery** \'sēlǝrē\ *n* -ES [¹*seal* + -*ery*] : SEAL FISHERY
**sea·less** \'\ *adj* [¹*sea* + -*less*] : having no sea
**sea letter** *n* : a ship's passport issued in time of war to a neutral vessel on leaving a port, entitling the master to sail

**sealflower** \'·,·\ *n* [³*seal* + *flower*] : BLEEDING HEART 1
**seal hole** *n* : a breathing hole made in the ice by a seal
**sea light** *n* **1** : a light (as a beacon) for guiding ships at sea   **2** : the light over or peculiar to the sea
**¹sealike** \'·,·\ *adj* [¹*sea* + *like*] : resembling the sea
**²sealike** \"\ *adv* : in the manner of the sea
**sea lily** *n* : CRINOID; *esp* : a stalked crinoid
**sea line** *n* **1** : a sea outline (as the horizon or coastline)   **2** : a line used in the sea (as for sounding or deepwater fishing)
**seal·ine** \'sēlēn\ *n* [¹*seal* + -*ine*] : rabbit fur from Australia and New Zealand sheared and dyed to simulate seal
**¹sealing** *n* -S [fr. gerund of ⁴*seal*] **1 a** : an impression made by a seal   **b** : a small piece of clay or other malleable material on which an intaglio seal has been imprinted   **2 a** : a thin machine-glazed paper used as a parcel wrapper   **b** : a heavy wrapping paper used in covering ream packages of book or writing paper
**²sealing** *n* -S [fr. gerund of ²*seal*] : the hunting or catching of seals
**sealing nut** *n* : a nut used in making a seal; *specif* : a nut for sealing the terminal post of a battery at the point where the post leaves the cover of the case
**sealing tape** *n* : a gummed paper tape used in securing wrapped or boxed packages
**sealing wax** *n* : a composition that is plastic when warm and is used for sealing (as letters, documents, dry cells, cans) and that in medieval times contained beeswax but now is a resinous composition made usu. by fusing shellac with Venice turpentine and coloring matter
**sea lion** *n* **1** : any of several large eared seals native to the Pacific ocean related to the fur seals but lacking their valuable coat and including several largely coastal members of the genera *Zalophus* (as the Australian *Z. lobatus* and the Californian *Z. californianus*) and *Otaria* (as the So. American *O. byronia* or *O. jubata*) — see STELLER'S SEA LION   **2** : a heraldic representation of a monster having the forepart of a lion with web feet and the tail of a fish

sea lion

**sea lizard** *n* **1** : an amphibious lizard (*Amblyrhynchus cristatus*) of the Galápagos islands   **2** : any of various pelagic nudibranchs that constitute the genus *Glaucus*, are widely distributed in warm seas, and are blue or sometimes white in color
**²sealike** \'·,·\ *adj* [¹*seal* + *like*] : resembling a marine seal esp. in grace of movement, sleekness, or streamlined form
**seal lock** *n* [³*seal*] : a lock having a seal (as of glass) that must be broken for the lock to be unlocked
**seal maker** *n* [³*seal*] : one that makes seals esp. as an occupation
**sea-lock** \'·,·\ *n* : an elongated narrow arm of the sea projected into the adjacent land mass
**seal off** *vt* [⁴*seal*] : to close tightly so as to eliminate ingress or egress ⟨a glass tube *sealed off* by fusing the material together⟩ ⟨*sealed* the airport *off* with a cordon of police⟩
**seal oil** *n* : a colorless or pale yellow to red-brown unsaturated fatty oil obtained from seal blubber and used chiefly in making soap, in dressing leather and fur, as a lubricant, and formerly as a burning oil
**sea lord** *n* : one of those lords commissioners of admiralty having direct charge of naval matters under the first lord of the admiralty and including the chief of naval staff with his deputy and assistant, the chief of naval personnel, the controller, and the chief of supplies and transport
**sea louse** *n* **1** : any of various marine isopods — compare WOOD LOUSE   **2** : FISH LOUSE
**sea lovage** *n* : LOVAGE
**seal point** *n* : a Siamese cat with cream or fawn-colored body and seal brown points
**seal press** *n* [³*seal*] : any of various presses having an engraved die in one jaw and used for embossing (as in impressing crests or making seals)
**seal record** *n* : a record of information about freight car seals made from examinations of the seals at various points en route
**seal ring** *n* : a ring engraved with a seal emblem or monogram or set with a similarly engraved stone : SIGNET RING
**seals** *pl of* SEAL, *pres 3d sing of* SEAL
**sealskin** \'·,·\ *n*, *often attrib* [ME *seleskin*, fr. *sele* seal + *skin*] **1** : the skin of a seal and esp. of a fur seal   **2** : a garment (as a jacket, coat, cape) of sealskin   **3** : a strip of sealskin or a coarser fur attachable to the bottom of a ski for preventing slipping backward in uphill climbing — usu. used in pl.
**sealstone** \'·,·\ *n* [³*seal* + *stone*] : a stone engraved with a seal and commonly dating from prehistoric times
**seal-top spoon** *n* [³*seal*] : a silver spoon having a handle with its end in the form of a circular seal and popular in England in the later 16th and 17th centuries
**sea lungs** *n pl but sing or pl in constr* [trans. of L *pulmo marinus*] *archaic* : JELLYFISH, CTENOPHORE
**sea lungwort** *n* : a fleshy perennial herb (*Mertensia maritima*) of the northern coasts of both hemispheres with ovate to spatulate leaves and usu. long-stalked rose-pink flowers fading to pale blue or almost white
**sealwort** \'·,·\ *n* [³*seal* + *wort*; fr. the markings on the rootstock]   **1** : SOLOMON'S SEAL 1   **2** : a pearlwort (*Sagina procumbens*)
**sea·ly·ham terrier** \'sēlē,ham-, -lēǝm-\ *n* [fr. *Sealyham*, Pembrokeshire, Wales, where it was developed]   **1** *usu cap S&T* : a Welsh breed of long-headed heavy-boned chiefly white terriers with short legs, strong jaws, and long supple body that give it an advantage in tackling the badger underground though it is also used in bolting the fox and the otter   **2** *or* **sealyham** -s *usu cap S* : a dog of the Sealyham Terrier breed
**sea lyme grass** *n* : a grass (*Elymus arenarius*) of the Pacific seacoast that is useful as a sand binder
**¹seam** \'sēm\ *n* -S [ME *sem*, *seem*, fr. OE *sēam*; akin to MD *soom* load of a pack animal, MLG *sōm*, OHG *soum*; all fr. a prehistoric WGmc word borrowed fr. (assumed) VL *sauma* packsaddle (whence ML *sauma*), fr. LL *sagma* — more at SUMPTER]   **1** *dial chiefly Eng* : the amount borne by a beast of burden; *esp* : a suitable or standard load for a packhorse   **2** *dial chiefly Eng* : any of various units of weight or capacity based on a standard load for a packhorse ⟨a ~ of grain is usu. eight bushels⟩
**²seam** \"\ *n* -S [ME *sem*, *seem*, fr. OE *sēam*; akin to OFris *sām* hem, seam, MD *soom*, MLG *sōm*, OHG *soum*, ON *saumr* seam, OE *sīwian* to sew — more at SEW]   **1** : a joining by a line of stitching of two pieces of cloth, leather, or other material usu. near the edge and made more evenly, your ~ is all bumpy⟩ — see FLAT-FELL SEAM, FRENCH SEAM   **b** : the line of stitching used in making such a joining   **c** : material between the line of stitching and the outer edges of the cloth that is usu. turned to the inside of an article   **d** : the slightly indented line on the outside of an article formed when the

other material) by stitching ⟨~ two lengths of carpet together⟩   **(2)** : to make the seams of (as a garment) ⟨~ up a dress⟩   **(3)** : to decorate or finish (as an article) at the seam or seams or with ornamental seams ⟨~ a slip with faggoting⟩ ⟨stitched and ~ed the shoes⟩   **b** : to join as if by sewing (as by the use of welding, riveting, or heat-sealing)   **2** : to mark (a surface) with lines suggesting seams : LINE, FURROW, SCAR ⟨a face ~ed with saber cuts⟩ ⟨creeks ~ the valley⟩   ~ *vi* **1** : to become fissured or ridgy : crack open ⟨drying and ~*ing* in the heat⟩
**⁴seam** \"\ *var of* SAIM
**sea magpie** *n*, *Brit* : OYSTER CATCHER
**sea-maid** \'·,·\ *also* **sea-maiden** \'·,·,·\ *n* : MERMAID; *also* : a goddess or nymph of the sea
**sea mail** *n* **1** : mail carried over the sea by ship   **2** : postal service carrying mail by ship
**sea mallow** *n* : TREE MALLOW
**sea·man** \'sēmǝn\ *n*, *pl* **seamen** [ME *seeman*, fr. *see* sea + *man* — more at SEA, MAN]   **1 a** : a man whose occupation is concerned with the handling, working, or navigating of ships at sea : a man who follows the sea as a way of life : SAILOR — distinguished from *landsman*   **b** : a person other than a master, pilot, or duly indentured and registered apprentice employed or engaged in any capacity on board any ship of the English merchant shipping   **c** : a person other than an apprentice employed or engaged in any capacity aboard a U.S. ship : a member of a ship's company; *sometimes* : a worker specifically concerned with the working of a ship as distinguished from either an officer or a worker concerned with the ship's engines and power supply   **d** : a naval enlistee or draftee who starts as a seaman recruit, becomes a seaman apprentice upon finishing recruit training, and is then promoted to a rating just below petty officer   **2** : MERMAN
**seaman apprentice** *n* : a naval enlistee or draftee who has completed recruit training and has qualified for the rating of seaman
**seaman gunner** *n*, *archaic* : an enlisted man (as in the U.S. Navy) passing through courses of instruction in such matters as the construction and handling or ordnance, torpedoes, explosives, or electricity
**sea·man·ite** \'sēmǝ,nīt\ *n* -S [Arthur E. *Seaman* †1937 Am. geologist + E -*ite*] : a rare mineral $Mn_3(PO_4)(BO_3).3H_2O$ that is a phosphate and borate of manganese and that occurs in pale yellow orthorhombic crystals
**seamanlike** \'·,·,·\ *adj* : characteristic of or befitting a seaman : indicating competent seamanship
**sea·man·ly** *adj* -ER/-EST : SEAMANLIKE
**seaman recruit** *n* : an enlistee or draftee of the lowest grade in the navy
**sea·man·ship** \'sēmǝn,ship\ *n* : the art or skill in the art of handling, working, and navigating a ship; *esp* : the principles and practices of ship operation and maintenance within the province of the deck department
**sea mantis** *n* : SQUILLA
**sea marigold** *n* : SEA OXEYE
**seamark** \'·,·\ *n* [ME *see marke*]   **1** : a line on a coast marking the tidal limit; *specif* : FULL SEAMARK   **2** : an elevated object discernible at or from sea and serving to guide or warn mariners : BEACON, LANDMARK; *also* : a sign of danger
**sea marker** *n* : a patch of dye deposited on the sea (as to catch the attention of an airplane's crew)
**sea mat** *n* : BRYOZOAN; *esp* : an encrusting bryozoan (as of the genus *Flustra*)
**sea matweed** *n* : BEACH GRASS
**seam·berry palm** \'sēm-  . . . -\ — see BERRY \ *n* [so called fr. the seamy albumen in the fruit] : a palm of the genus *Coccothrinax*
**seam binding** *n* : a covering or reinforcement for a seam; *esp* : a narrow strip of fabric in plain weave used (as in garments) to strengthen seams, finish hems, or cover raw edges
**seam blasting** *n* : the act or process of shattering a boulder by packing a charge of dynamite into a crack or seam in it, tamping clay on top of the charge, and exploding
**sea meadow** *n* **1** : SALT MARSH   **2** **sea meadows** *pl* : the upper layers of the open sea that by reason of the abundance of the phytoplankton furnish food for marine animal life
**seamed** *adj* [fr. past part. of ³*seam*] **1 a** : having a seam   **b** : joined by seams   **2** : WRINKLED, FURROWED ⟨a ~ face⟩
**seam·er** \'sēmǝ(r)\ *n* -S [³*seam* + -*er*] : one that seams or makes seams: as **a** : an operator of a seaming machine; *also* : SEAMSTRESS   **b** : a worker who removes seams   **c** : one whose work is to seam a specified thing or in a specified way — usu. used in combination ⟨a saddle ~⟩   **d** : a machine for sewing seams   **e** : a handtool or machine for making joints (as in sheet metal)
**seamer man** *n* : an operator of a double seamer
**sea mew** *n* [ME *see mew*, fr. *see* sea + *mew* — more at SEA, MEW] : SEA GULL; *esp* : a European gull (*Larus canus*) resembling the herring gull but smaller
**seam face** *n* : a face on a building stone formed by a natural seam in the rock
**seamier** *comparative of* SEAMY
**seamiest** *superlative of* SEAMY
**sea mile** *n* : NAUTICAL MILE
**sea milkwort** *n* : a small fleshy herb (*Glaux maritima*) that is common along northern seashores — called also *sea trifoly*
**seam·i·ness** \'sēmēnǝs\ *n* -ES : seamy condition
**seam·ing** \'sēmiŋ, -mēŋ\ *n* -S [ME *semyng*, fr. *sem*, *seem* seam + -*ing* — more at SEAM]   **1 a** : the act or process of forming a seam (as by stitching or welding)   **b** : a product of seaming   **2** *also* **seaming lace** : narrow insertion used for decoration esp. between or over seams
**seaming dies** *n pl* : a set of shaping dies that press against folded sheet-metal edges and by squeezing the folds together make a seam
**sea mink** *n* **1** : KING WHITING   **2** : NORTHERN WHITING
**sea mist** *n* **1** : mist from the sea   **2** : ART GRAY
**seam·less** \'sēmlǝs\ *adj* [ME *semlesse*, fr. *sem*, *seem* seam + -*lesse* -less] : having no seam: as **a** : woven full width ⟨a ~ rug⟩   **b** *of a tubular fabric* : woven as a double cloth ⟨~ bagging⟩   **c** : CIRCULAR-KNIT — **seam·less·ly** *adv* — **seam·less·ness** *n* -ES
**seamlike** \'·,·\ *adj* : resembling a seam esp. in forming a linear joint or differentiated line
**sea·mo·bile** \'sēmō,bēl\ *n* [¹*sea* + -*mobile*] : a small shallow draft cargo ship driven by automobile-type engines
**sea monk** *n* : MONK SEAL
**sea monster** *n* **1** : a large or extraordinary sea animal   **2** : a fabulous monster of the sea often represented as man-devouring
**sea moss** *n* **1** : SEAWEED; *esp* : any of various red algae (as carrageen or dulse) with rose to violet or purple gracefully elaborate fronds   **2** : a branched marine bryozoan resembling moss   **3 a** : AUCUBA GREEN   **b** : PERSIAN GREEN
**sea·most** \'sē,mōst, *esp Brit also* -,mǝst\ *adj* : situated nearest the sea
**sea moth** *n* : a fish of the family Pegasidae — called also *sea dragon*
**seamount** \'·,·\ *n* : a submarine mountain rising above the deep sea floor commonly from 3000 to 10,000 feet and having the summit 1000 to 6000 feet below sea level — compare GUYOT
**sea mouse** *n* **1** : a large broad marine polychaete worm of *Aphrodite* or a related genus having a thick coat of long slender hairlike setae   **2 a** *dial Eng* : RED-BACKED SANDPIPER   **b** : HARLEQUIN DUCK   **3** : a flattened sea urchin (suborder Spatangina)