IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) ) Civil Action No. 05-141-KAJ |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | ) ) ) ) |
| Defendants/Counterclaimants. | ) ) |

**PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE CLAIMS IN U.S. 6,685,064**

Plaintiff ROCEP LUSOL HOLDINGS LIMITED hereby submits this Motion for Summary Judgment of Infringement of the Claims in U.S. 6,685,064 ("the '064 Patent").

Summary Judgment should be granted because indisputable facts establish that the Defendants' accused products include each and every claim element of claims 1, 2, and 6 of the '064 Patent.

The evidence, authority and argument in support of this motion are set forth in the concurrently filed PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE CLAIMS IN U.S. 6,685,064.

This motion is supported by the affidavit of Bernard Frutin.

       Respectfully submitted,

       ROCEP LUSOL HOLDINGS LIMITED

BY: /s/ David P. Primack
   DAVID P. PRIMACK (#4449)
   Drinker Biddle & Reath LLP
   1100 North Market Street, Suite 1000
   Wilmington, DE 19801-1254
   Tel: 302-467-4224
   Fax: 302-467-4201

   ROBERT E. CANNUSCIO
   Drinker Biddle & Reath LLP
   One Logan Square, 18th & Cherry Streets
   Philadelphia, PA 19103-6996
   Tel: (215) 988-3303
   Fax: (215) 988-2757

   Attorneys for
   ROCEP LUSOL HOLDINGS LIMITED