IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE )<br>CORPORATION, )<br>)<br>Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

### ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of Plaintiff Rocep Lusol Holdings Limited's Motion for Summary Judgment of Infringement of the Claims in U.S. 6,685,064 and Plaintiff Rocep Lusol Holdings Limited's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment of Infringement of the Claims in U.S. 6,685,064 ("Rocep's Motion for Summary Judgment of Infringement"), any response in opposition thereto, and the briefs and arguments of counsel, it is hereby **ORDERED** that Rocep's Motion for Summary Judgment of Infringement is GRANTED.

**IT IS SO ORDERED**.

**ENTERED** this _____ day of _____ 2006

_____
JUDGE KENT A. JORDAN, U.S.D.J.

PHIP\520284\1