IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,  )<br>)<br>Plaintiff/Counterclaim Defendant,  )<br>)<br>v.                                                               )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE  )<br>CORPORATION,                                     )<br>)<br>Defendants/Counterclaimants.    ) | Civil Action No. 05-141-KAJ |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed with the Clerk of the Court using CM/ECF of a PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE CLAIMS IN U.S. 6,685,064, PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE CLAIMS IN U.S. 6,685,064, and a proposed Order, and served it upon the following in the manner indicated:

| **Via Overnight Mail**<br>John Harris, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware  19801 | **Via Overnight Mail**<br>Stephen Chin, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 29th Floor<br>New York, NY  10022-7650 |
|---|---|

Dated:   June 30, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE  19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201

NS