## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE )<br>CORPORATION, )<br>)<br>Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

### PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S MOTION TO ADOPT PLAINTIFF'S PROPOSED CLAIM CONSTRUCTION

Plaintiff ROCEP LUSOL HOLDINGS LIMITED hereby submits this Motion to Adopt Plaintiff's Proposed Claim Construction.

Based on the evidence, authority and argument in support of this motion set forth in the concurrently filed PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S MEMORANDUM ON CLAIM CONSTRUCTION FOR U.S. 6,685,064, the Court should grant this motion and thereby adopt the Plaintiff's claim construction for U.S. 6,685,064.

PHIP\520407\1

        Respectfully submitted,

        ROCEP LUSOL HOLDINGS LIMITED

BY:   /s/ David P. Primack
        DAVID P. PRIMACK (#4449)
        Drinker Biddle & Reath LLP
        1100 North Market Street, Suite 1000
        Wilmington, DE 19801-1254
        Tel: 302-467-4224
        Fax: 302-467-4201

        ROBERT E. CANNUSCIO
        Drinker Biddle & Reath LLP
        One Logan Square, 18th & Cherry Streets
        Philadelphia, PA  19103-6996
        Tel: (215) 988-3303
        Fax: (215) 988-2757

        Attorneys for
        ROCEP LUSOL HOLDINGS LIMITED