IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-141-KAJ |
| | ) | |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | ) ) ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |

**ORDER**

AND NOW, this ___ day of _____, 2006, upon consideration of Plaintiff Rocep Lusol Holdings Limited's Motion to Adopt Plaintiff's Proposed Claim Construction and Plaintiff Rocep Lusol Holdings Limited's Memorandum on Claim Construction for U.S. 6,685,064 ("Rocep's Motion to Adopt Proposed Claim Construction"), any response in opposition thereto, and the briefs and arguments of counsel, it is hereby **ORDERED** that Rocep's Motion to Adopt Proposed Claim Construction is GRANTED.

**IT IS SO ORDERED**.

**ENTERED** this _____ day of _____ 2006

_____
JUDGE KENT A. JORDAN, U.S.D.J.

PHIP\520245\1