IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaimants. | Civil Action No. CV-05-141 (KAJ)<br><br>Re: Docket Nos. 48-54 |

## CERTIFICATE OF SERVICE

I, John G. Harris, Esquire, hereby certify that on June 30, 2006, I caused the following documents:

1. **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,685,064];**

2. **MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,685,064;**

3. **DECLARATION OF CHRISTIAN SCHEINDEL N SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,685,064;**[1]

4. **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [OF INVALIDITY OF U.S. PATENT NO. 6,685,064];**

5. **MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 6,685,064;**

6. **MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSTRUCTION OF DISPUTED CLAIM TERMS;** and

---

[1] Physical sample served on Plaintiff's Wilmington, DE counsel only.

7. **DECLARATION OF STEPHEN CHIN IN SUPPORT OF DEFENDANTS' PROPOSED CLAIM CONSTRUCTION AND MOTIONS FOR SUMMARY JUDGMENT**

to be served on the following counsel of record, in the manners indicated below:

**VIA HAND DELIVERY**
David Primack Esq.
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street,
Suite 1000
Wilmington, DE 19801-1254

**VIA OVERNIGHT MAIL**
Robert E. Cannuscio
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

REED SMITH LLP

By: /s/ John G. Harris
John G. Harris, Esq. (No. 4017)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: jharris@reedsmith.com

2