IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants/Counterclaimants. )<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

### ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff Rocep Lusol Holdings Limited's Motion for Summary Judgment of Infringement of the Claims in U.S. 6,685,064, any response in opposition thereto, and the briefs and arguments of counsel, it is hereby **ORDERED** that Rocep's Motion for Summary Judgment of Infringement is DENIED.

**IT IS SO ORDERED.**

**ENTERED** this _____ day of _____ 2006

_____
JUDGE KENT A. JORDAN, .U.S.D.J.