IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendant )<br>)<br>)<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

**DECLARATION OF STEPHEN CHIN IN SUPPORT OF DEFENDANTS' OPPOSITION**

**TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

**OF THE CLAIMS IN U.S. 6,685,064**

-1-

I, Stephen Chin, hereby declare as follows:

I am a Partner of Reed Smith, LLP, counsel for Defendants Permatex, Inc. and Ultramotive Corporation, and I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment of Infringement of the Claims in U.S. 6,685,064.

1.  Attached hereto as Exhibit 1 is a true and correct copy of Responses 2 and 9 from Defendant Ultramotive Corporation's Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Ultramotive.

2.  Attached hereto as Exhibit 2 is a true and correct copy of the Federal Circuit decision in NPF, Ltd. v. Smart Parts, Inc., 2006 WL 1876659, decided June 27, 2006.

This declaration is filed pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2006 at New York, NY.

_____
Stephen M. Chin