IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaimants. | Civil Action No. CV-05-141 (KAJ) |

**CERTIFICATE OF SERVICE**

I, John G. Harris, Esquire, hereby certify that on July 28, 2006, I caused the foregoing **DECLARATION OF CHRISTIAN T. SCHEINDEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE CLAIMS IN U.S. 6,685,064** to be served on the following counsel of record, in the manner indicated below:

**VIA HAND DELIVERY**
David Primack Esq.
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street,
Suite 1000
Wilmington, DE 19801-1254

**VIA FIRST CLASS MAIL**
Robert E. Cannuscio
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

REED SMITH LLP

By: /s/ John G. Harris
 John G. Harris, Esq. (No. 4017)
 1201 Market Street, Suite 1500
 Wilmington, Delaware 19801
 Telephone: (302) 778-7500
 Facsimile: (302) 778-7575
 E-mail: jharris@reedsmith.com