IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants/Counterclaimants. )<br>)<br>)<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

**DECLARATION OF STEPHEN CHIN IN SUPPORT OF DEFENDANTS' OPPOSITION**

**TO PLAINTIFF'S MEMORANDUM ON CLAIM CONSTRUCTION FOR U.S. 6,685,064**

-1-

I, Stephen Chin, hereby declare as follows:

I am a Partner of Reed Smith, LLP, counsel for Defendants Permatex, Inc. and Ultramotive Corporation, and I make this Declaration in Support of Defendants' Opposition to Plaintiff's Memorandum on Claim Construction for U.S. 6,685,064.

1.   Attached hereto as Exhibit 1 is a true and correct copy of the Federal Circuit decision in Inpro II Licensing S.A.R.L. v. T-Mobile USA Inc., 2006 U.S. App. LEXIS 11675 decided May 11, 2006.

This declaration is filed pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2006 at New York, NY.

_____
/Stephen M. Chin