IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC., and ULTRAMOTIVE )<br>CORPORATION, )<br>)<br>Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of Defendants' Motion for Summary Judgment of Non-Infringement, the response in opposition thereto, and the briefs and arguments of counsel, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,685,064 is **DENIED**.

**IT IS SO ORDERED.**

**ENTERED** this _____ day of _____ 2006

_____
JUDGE KENT A. JORDAN, U.S.D.J.

PHIP\522248\1