## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and ULTRAMOTIVE CORPORATION,<br><br>Defendants/Counterclaimants. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-141-KAJ<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed the following with the Clerk of the Court using CM/ECF:

- PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S BRIEF IN ANSWER TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT;

and associated proposed order, and served them upon the following in the manner indicated:

| **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|
| John Harris, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware 19801 | Stephen Chin, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 29th Floor<br>New York, NY 10022-7650 |

Dated:    July 28, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201