## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-141-KAJ |
| | ) | |
| PERMATEX, INC., and ULTRAMOTIVE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |

## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed the following with the Clerk of the Court using CM/ECF:

- PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S BRIEF IN ANSWER TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY;

and associated proposed order, and served them upon the following in the manner indicated:

| **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|
| John Harris, Esq. | Stephen Chin, Esq. |
| Reed Smith LLP | Reed Smith LLP |
| 1201 Market Street, Suite 1500 | 599 Lexington Avenue, 29th Floor |
| Wilmington, Delaware 19801 | New York, NY 10022-7650 |

Dated:    July 28, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201