IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaim Plaintiffs )<br>)<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

**OF U.S. PATENT NO. 6,685,064**

John G. Harris, Esq. (No. 4017)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Tel. (302) 778-7500
Fax (302) 778-7557

OF COUNSEL:
Lloyd McAulay
Stephen Chin
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax: (212) 521-5450

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
MATERIAL, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER