IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaim Plaintiffs )<br>)<br>)<br>)<br>) | Civil Action No. –CV-05-141(KAJ) |

**DECLARATION OF STEPHEN CHIN IN SUPPORT OF DEFENDANTS' REPLY TO**

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY**

<u>**JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 6,685,064**</u>

THIS DOCUMENT CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
MATERIAL, FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER