IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-141-KAJ |
| ) | |
| PERMATEX, INC., and ULTRAMOTIVE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants/Counterclaimants. ) | |

### CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed the following with the Clerk of the Court using CM/ECF:

- PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S BRIEF IN REPLY TO DEFENDANT'S ANSWER TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT;

and served it upon the following in the manner indicated:

| **Via Overnight Mail** | **Via Overnight Mail** |
|---|---|
| John Harris, Esq. | Stephen Chin, Esq. |
| Reed Smith LLP | Reed Smith LLP |
| 1201 Market Street, Suite 1500 | 599 Lexington Avenue, 29th Floor |
| Wilmington, Delaware 19801 | New York, NY 10022-7650 |

Dated: _____August 4, 2006_____   /s/ David P. Primack_____
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201

PHIP\522712\1