## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-141-KAJ |
| | ) | |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |

### APPENDIX FOR
### PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S BRIEF
### IN REPLY TO DEFENDANT'S ANSWER TO PLAINTIFF'S MOTION
### FOR SUMMARY JUDGMENT OF INFRINGEMENT

Respectfully submitted,

ROCEP LUSOL HOLDINGS LIMITED

Dated: _____August 4, 2006_____

/s/ David P. Primack_____
DAVID P. PRIMACK (#4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Tel: 302-467-4224
Fax: 302-467-4201

ROBERT E. CANNUSCIO
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-3303
Fax: (215) 988-2757

Attorneys for
ROCEP LUSOL HOLDINGS LIMITED

## TABLE OF CONTENTS

| Exhibit L | Declaration of Robert Cannuscio |
|-----------|--------------------------------|
| Exhibit M | Photographs of Accused Product |

**EXHIBIT  L**

.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,  ) | |
|                               ) | |
|     Plaintiff/Counterclaim Defendant,  ) | |
|                               ) | |
|     v.                               ) | Civil Action No. 05-141-KAJ |
|                               ) | |
| PERMATEX, INC., and ULTRAMOTIVE  ) | |
| CORPORATION,                    ) | |
|                               ) | |
|     Defendants/Counterclaimants.  ) | |

---

## DECLARATION OF ROBERT CANNUSCIO

---

        Pursuant to 28 U.S.C. § 1746, I, Robert Cannuscio, do affirm and declare as follows:

I am a partner of Drinker Biddle & Reath LLP, counsel for the Plaintiff Rocep Lusol Holdings Limited, and I make this Declaration in support of Plaintiff Rocep Lusol Holdings Limited's Brief in Reply to Defendant's Answer to Plaintiff's Motion for Summary Judgment of Infringement.

        1.     On June 13, 2006, I purchased six (6) Permatex Powerbead products, which are the Accused Products in the present lawsuit, from Midway Auto Supply, an on-line retailer of automobile products (www.midwayautosupply.com). Attachment 1 is a true and correct copy of the Invoice for the order.

        2.     On June 15, 2006, I received the Accused Products. Attachment 2 is a true and correct copy of the UPS label from the package. The label indicates that the package was shipped from Midway Auto Supply Inc. and includes a tracking number.

3.     Attachment 3 is a true and correct copy of the UPS tracking information showing that the package was sent on June 13, 2006 and received on June 15, 2006.

4.     Shortly after receipt of the products, I took the photographs of two of the products that are included as Exhibit C in Rocep's Appendix for Plaintiff Rocep Lusol Holdings Limited's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment of Infringement of the Claims in U.S. 6,685,064. True and correct copies of the photographs I took are included in Exhibit C.

5.     On January 25, 2006, I purchased a Permatex Right-Stuff PowerBead 7.5 ounce Gasket Maker product from PepBoys Auto in West Chester, Pennsylvania. Attachment 4 is a true and correct copy of the receipt for the purchase.

6.     On August 2, 2006, I took photographs of the Permatex Right-Stuff PowerBead product that is referred to in the previous paragraph. The photographs show the dispensing of contents of the product from the Right-Stuff Powerbead container when the valve is open and the nozzle is tilted. Exhibit M of Plaintiff Rocep Lusol Holdings Limited's Brief In Reply To Defendant's Answer To Plaintiff's Motion For Summary Judgment Of Infringement includes true and correct copies of the photographs that I took.

I hereby declare under the penalties of perjury that the above is true and correct. Executed on the 4th day of August 2006.

Robert Cannuscio

# ATTACHMENT 1





Midway Auto Su
is a proud mem

**Print**

THE SOURCE FOR ALL YOUR CAR CARE NEEDS

INVOICES | Midway | Amazon |

**Invoice**

**Midway Auto Supply**
P.O. Box 4415
Dallas, Texas 75208
1-866-MIDWAY-1

**Invoice: #MAS-152194**
06/13/2006 12:24:00 PM

**Billing Information:**

Robert Cannuscio
**710 Chelsea Circle**
West Chester,PA
US  19380
**E-Mail:** :
**Phone:** 215-988-3303

**Shipping Information:**

Robert Cannuscio
Drinker Biddle
One Logan Square, 18th & Cherry Streets
Philadelphia,PA
US  19103-6996

**Credit Card Information**

## REDACTED

| Manufacturer | Product Number | Product | Quantity | Unit Price | $ Total |
|---|---|---|---|---|---|
| Permatex | PTX-85860 | PowerBead Sensor-Safe Blue RTV Silicone Gasket Maker, 7.25 oz. | 1 | $13.99 | $13.99 |
| Permatex | PTX-85519 | PowerBead Ultra Blue Multipurpose RTV Silicone Gasket Maker, 9.5 oz. | 1 | $16.99 | $16.99 |
| Permatex | PTX-85080 | PowerBead Ultra Black Maximum Oil Resistance RTV Silicone Gasket Maker, 9.5 oz. | 2 | $17.99 | $35.98 |
| Permatex | PTX-85913 | PowerBead Clear RTV Silicone Adhesive Sealant, 7.25 oz. | 2 | $13.99 | $27.98 |

**Sub-Total:**  $94.94    **Taxes:**  $0.00 ***
**Shipping**  ~~$9.95 (Ground)~~    *2nd Day air.*
**Rush**
**Handling**  $0.00
**Grand Total**  $104.89

**Use the following link to SAVE 5% on your next order!**
http://www.midwayautosupply.com/?1016MAS

L-4

# ATTACHMENT 2



# ATTACHMENT 3



Home | About UPS | Contact UPS | Getting Started @ UPS.com





**UPS United States**

Shipping | Tracking | Support | Business Solutions

### Tracking

Log-In  User ID: [          ]  Password: [          ] ➡ | Forgot Password    Register

➜ **Track by Tracking Number**
  ❯ Track by E-mail
  ❯ Import Tracking
     Numbers 🔒
➜ Track by Reference Number
➜ Track by Freight Tracking
   Number
➜ Track by Freight Shipment
   Reference
➜ Track with Quantum View
➜ Sign Up for Signature
   Tracking 🔒
➜ Void a Shipment 🔒
➜ Help

## ‖‖‖ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 06/15/2006 11:31 A.M. |
| **Signed by:** | ELLIOTT |
| **Location:** | MAIL ROOM |
| **Delivered to:** | PHILADELPHIA, PA, US |
| **Shipped or Billed on:** | 06/13/2006 |

| | |
|---|---|
| **Tracking Number:** | 1Z 762 197 02 6766 887 1 |
| **Service Type:** | 2ND DAY AIR |
| **Weight:** | 5.30 Lbs |

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| PHILADELPHIA, PA, US | 06/15/2006 | 11:31 A.M. | DELIVERY |
| | 06/15/2006 | 5:16 A.M. | OUT FOR DELIVERY |
| | 06/15/2006 | 3:44 A.M. | ARRIVAL SCAN |
| | 06/15/2006 | 3:21 A.M. | DEPARTURE SCAN |
| PHILADELPHIA, PA, US | 06/14/2006 | 11:25 P.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 06/14/2006 | 8:52 P.M. | DEPARTURE SCAN |
| | 06/14/2006 | 7:43 P.M. | ARRIVAL SCAN |
| DALLAS/FT. WORTH A/P, TX, US | 06/14/2006 | 3:12 P.M. | DEPARTURE SCAN |
| DALLAS/FT. WORTH A/P, TX, US | 06/13/2006 | 10:48 P.M. | ARRIVAL SCAN |
| DALLAS, TX, US | 06/13/2006 | 10:15 P.M. | DEPARTURE SCAN |
| | 06/13/2006 | 8:29 P.M. | ORIGIN SCAN |
| US | 06/13/2006 | 6:36 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 08/04/2006 11:15 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

**L-8**

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

**L-9**

# ATTACHMENT 4



Pep Boys #26
711 E.GAY STREET
WEST CHESTER, PA 19380
(610)696-5339

---

01/25/2006                6:32:29 PM EST
Trans.: 031675              Store: 0026
Reg.: 102                    Till:hea
Cashier: 051474

SALE



0026102031675200060125

---

4OZ RGHT STUFF TUBE        12.99 T
  25223            1 @ 12.99

7.5OZ GASKET MAKER         16.99 T
  85224            1 @ 16.99

6.7OZ BLUE SILICONE         8.99 T
  0304             1 @ 8.99

Sub-Total                  38.97
  Tax                       2.34

Total                      41.31

  Visa (S)                 41.31
    Account: 3286
    Auth: 03524B (A)

Total Tender               41.31

Change Due                  0.00

L-11

**EXHIBIT  M**



M-1



M-2



M-3



M-4



M-5



M-6



M-7