IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC. and ULTRAMOTIVE CORPORATION,<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. CV-05-141(KAJ) |

**<u>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that John G. Harris, Esquire is no longer with the firm of Reed Smith LLP, counsel for Defendants and Counterclaim Plaintiffs PERMATEX, INC. and ULTRAMOTIVE CORPORATION, and should hereby be removed as counsel to Defendants and Counterclaim Plaintiffs PERMATEX, INC. and ULTRAMOTIVE CORPORATION.

PLEASE ENTER the appearance of Thad J. Bracegirdle, Esquire, of Reed Smith LLP, as counsel for Defendants and Counterclaim Plaintiffs PERMATEX, INC. and ULTRAMOTIVE CORPORATION in the above-captioned matter.

Dated: August 14, 2006
Wilmington, DE

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Tel. (302) 778-7500
Fax (302) 778-7557

Attorneys for Defendants-
Counterclaim Plaintiffs