IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PERMATEX, INC., and<br>ULTRAMOTIVE CORPORATION<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. CV-05-141 (KAJ) |

### CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, hereby certify that on August 14, 2006, I caused the foregoing *Notice of Withdrawal and Substitution of Counsel* to be served on the following counsel of record, via electronic case filing:

David Primack Esq.
Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street,
Suite 1000
Wilmington, DE 19801-1254

Robert E. Cannuscio, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Dated: August 14, 2006

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Tel. (302) 778-7500
Fax (302) 778-7557

Attorneys for Defendants-
Counterclaim Plaintiffs