IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> PERMATEX, INC., and ULTRAMOTIVE ) <br> CORPORATION, ) <br> ) <br> Defendants/Counterclaimants. ) | Civil Action No. 05-141-KAJ |

### CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on this date, I electronically filed the following with the Clerk of the Court using CM/EC:

SUPPLEMENT TO EXHIBIT C OF THE APPENDIX TO PLAINTIFF ROCEP LUSOL HOLDINGS LIMITED'S BRIEFS IN ANSWER TO DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF AND DEFENDANTS' OPENING SUMMARY JUDGMENT BRIEFS OF NON-INFRINGEMENT AND INVALIDITY;

and served it upon the following in the manner indicated:

| **Overnight Mail** | **Overnight Mail** |
|---|---|
| Thad Bracegirdle, Esq. <br> Reed Smith LLP <br> 1201 Market Street, Suite 1500 <br> Wilmington, Delaware 19801 | Stephen Chin, Esq. <br> Reed Smith LLP <br> 599 Lexington Avenue, 29th Floor <br> New York, NY 10022-7650 |

Dated: _____August 16, 2006_____

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201

PHIP\523234\1