IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>) Civil Action No. CV-05-141(KAJ)<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants )<br>)<br>) | |

## STIPULATION AND ORDER CONTINUING CASE SCHEDULE

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, to the matters set forth below based on the following:

1. This is a patent infringement action. Defendants have counterclaimed non-infringement and invalidity.

2. On October 6, 2006, the Court entered a Scheduling Order which set forth, *inter alia*, dates for briefing on issues of claim construction and for case dispositive motions.

3. Pursuant to this Scheduling Order, the parties have briefed the Court on claim construction issues and on their respective motions for summary adjudication.

4. The parties completed their briefs for the Court on issues relating to claim construction on June 30, 2006.

5. Plaintiff moved the Court for summary judgment of infringement on June 30, 2006. Briefing on this motion was completed by August 4, 2006.

6. Defendants moved the Court for summary judgment of non-infringement and invalidity on June 30, 2006. Briefing on these motions was completed by August 4, 2006.

7. On August 15, 2006, the Court heard oral argument on claim construction and on the motions for summary adjudication. As of the date of this submission, the Court has not issued its opinion on the claim interpretation nor ruled on the summary judgment motions.

8. Pursuant to the Scheduling Order, the parties are presently required to file a joint proposed pretrial order on or before November 20th, 2006.

9. Pursuant to the Scheduling Order, the Court will hold a Final Pretrial Conference on December 18, 2006 at 4:30 p.m.

10. Pursuant to the Scheduling Order, the parties are required to file proposed jury instructions, jury interrogatories, *voir dire* and special verdict forms three full business days prior to the Final Pretrial Conference.

11. Pursuant to the Scheduling Order, this matter is scheduled for a five day jury trial beginning at 9:30 am on January 22 through January 26, 2007.

12. In order to give the Court sufficient time to issue its opinion on claim interpretation and rule on the summary judgment motions, and to give the parties sufficient time to prepare the joint proposed pretrial order after the Court's ruling, the parties desire to extend the time for filing of the joint proposed pretrial order until December 11, 2006.

WHEREFORE, the parties stipulate to the following and hereby request that the Court enter the following revision to the schedule:

1. The parties will file with the Court the joint proposed pretrial order with the information required by the form of the Final Pretrial Order on or before <u>December 11, 2006</u>.

Date: <u>October 16, 2006</u>                                    Respectfully submitted,

_____                              _____
ROBERT E. CANNUSCIO, admitted *pro hac vice*    LLOYD MCAULAY, admitted *pro hac vice*
Drinker Biddle & Reath LLP                                        STEPHEN M. CHIN, admitted *pro hac vice*
One Logan Square, 18th & Cherry Streets              Reed Smith LLP
Philadelphia, PA 19103-6996                                   599 Lexington Avenue
Tel.: 215-988-3303                                                   New York, NY 10022
fax: 215-988-2757                                                   Tel. (212) 521-5400
                                                                              Fax: (212) 521-5450


DAVID P. PRIMACK (#4449)                                 THAD BRACEGIRDLE (No. 3691)
Drinker Biddle & Reath LLP                                   Reed Smith LLP
1100 North Market Street, Suite 1000                  1201 Market Street, Suite 1500
Wilmington, DE 19801-1254                                Wilmington, DE 19801
Tel. 302-467-4224                                                 Tel. (302) 778-7500
Fax: 302-467-4201                                                Fax (302) 778-7557

Counsel for                                                            Counsel for
ROCEP LUSOL HOLDINGS LIMITED                  PERMATEX, INC. and
                                                                              ULTRAMOTIVE CORPORATION


IT IS SO ORDERED:


Dated: _____            _____
                                                Honorable Kent A. Jordan
                                                United States District Court
                                                District of Delaware


3