# ATTACHMENT

# A

**Table of Exhibits**

Plaintiff Trial Exhibits

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 1. | Complaint | | | |
| 2. | Answer | | | |
| 3. | Reply | | | |
| 4. | U.S. Patent No. 6,685,064 | | RL 206-231 | |
| 5. | Prosecution History for U.S. Patent No. 6,685,064 | | RL 755-854 | |
| 6. | PCT Application, PCT/GB00/04967 Prosecution (Filed 12-22-00) | | RL 266-490 | |
| 7. | Great Britain Application 9930773 (Filed 12-30-99) | | RL 1-22 | |
| 8. | Claim Charts | | | Foundation |
| 9. | Samples of Accused Products | | | Foundation Authenticity |
| 10. | Photographs of Accused Product | | Exhibit C to P's SJ Motion for infringement | Hearsay Foundation |
| 11. | Schematics of Accused Product | | Exhibit D to P's SJ Motion for infringement | Hearsay Foundation Authenticity |
| 12. | Affidavit of Bernard Frutin | | Exhibit F to P's SJ Motion for infringement | Hearsay |
| 13. | Interrogatory No. 1 to Permatex, Inc. and response | | | |
| 14. | Interrogatory No. 3 to Permatex, Inc. and response | | | |
| 15. | Interrogatory No. 5 to Permatex, Inc. and response | | | |
| 16. | Interrogatory No. 7 to Permatex, Inc. and response | | | |
| 17. | Interrogatory No. 8 to Permatex, Inc. and response | | | |
| 18. | Interrogatory No. 9 to Permatex, Inc. and response | | | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 19. | Interrogatory No. 1 to Ultramotive Corporation and response | | | |
| 20. | Interrogatory No. 3 to Ultramotive Corporation and response | | | |
| 21. | Interrogatory No. 5 to Ultramotive Corporation and response | | | |
| 22. | Interrogatory No. 7 to Ultramotive Corporation and response | | | |
| 23. | Interrogatory No. 8 to Ultramotive Corporation and response | | | |
| 24. | Interrogatory No. 9 to Ultramotive Corporation and response | | | |
| 25. | Excerpt From Deposition Transcript of Christian Scheindel, page 94, line 98 - page 95, line 17 | | | |
| 26. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 14, line 17 - page 15, line 1 | | | |
| 27. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 51, line 16 - page 53, line 14 | | | |
| 28. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 59, line 4 - page 72, line 3 | | | |
| 29. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 75, line 12 - page 79, line 3 | | | |
| 30. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 84, line 15 - page 85, line 16 | | | |
| 31. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 93, line 18 - page 95, line 3 | | | |
| 32. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 96, line 17 - page 97, line 11 | | | |
| 33. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 97, line 12 - page 98, line 6 | | | |
| 34. | Excerpt from Deposition Transcript of Mitchell Bolinsky, page 98, line 6 - page 99, line 11 | | | |
| 35. | PowerBead Brochures | | PER 00107-111 | |
| 36. | Excerpt from Deposition Transcript of Neil Putnam, page 15, line 15 - page 17, line 17 | | | |
| 37. | Excerpt from Deposition Transcript of Neil Putnam, page | | | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 38. | 22, line 5 - page 24, line 6 | | | |
| 39. | Excerpt from Deposition Transcript of Neil Putnam, page 24, line 19 - page 25, line 20 | | | |
| 40. | Excerpt from Deposition Transcript of James Eddy, page 8, line 1 - page 19, line 1 | | | |
| 41. | Excerpt from Deposition Transcript of James Eddy, page 21, line 11 - page 23, line 2 | | | |
| 42. | Excerpt from Deposition Transcript of James Eddy, page 25, line 14 - page 35, line 1 | | | |
| 43. | Excerpt from Deposition Transcript of James Eddy, page 49, line 3 - page 51, line 18 | | | |
| 44. | Excerpt from Deposition Transcript of James Eddy, page 59, line 6 - page 73, line 22 | | | |
| 45. | Excerpt from Deposition Transcript of James Eddy, page 75, line 17 - page 81, line 19 | | | |
| 46. | Excerpt from Deposition Transcript of James Eddy, page 82, line 11 - page 92, line 12 | | | |
| 47. | Expert Report by Glenn Newman | | | Hearsay |
| 48. | Documents listed in Exhibit B to Expert Report by Glenn Newman | | | |
| 49. | PCT Publication WO 9918010 | | | |
| 50. | U.S. Pat. No. 6,820,777 | | | |
| 51. | Excerpt from Deposition of Bernard Frutin, page 49, line 12 - page 75, line 4. | | | |
| 52. | Erratta sheet from Deposition of Bernard Frutin | | | |
| 53. | Agreement between Rocep Lusol Holdings Limited and Lindal Ventil GmbH | | Rl 39-59 | |
| 54. | Letter from G. Murnane to C. Scheindel dated 16 August 2002 | | RL 60-61 | |
|  | Letter from G. Murnane to Permatex, Inc. dated 16 August | | RL 62-63 | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 55. | Letter from L. McAulay to G. Murnane dated August 28, 2002 | | RL 66 | |
| 56. | Letter from G. Murnane to L. McAulay dated 21 October, 2002 | | RL 69-72 | |
| 57. | Dispensing Systems LinRoc Power Can | | RL 199-205 | |
| 58. | E-mail from T. Cannon to B. Swandells dated 11 November 2004 | | RL 1535 | Hearsay |
| 59. | E-mail from T. Cannon to B. Frutin dated 4 March 2005 | | RL 1537-1538 | Hearsay |
| 60. | Photographs of Concept Development | | RL 1715-1716 | |
| 61. | Series of Drawings - Development | | RL 1541-1561 | Hearsay |
| 62. | Provisional Application 9930773.8 dated 30 December 1999 | | RL 1562-1581 | |
| 63. | Provisional Application 9901198.3 dated 21 January 1999 | | RL 1582-1600 | |
| 64. | Letter from Q. Davis to B. Frutin dated 8 August 2002 | | RL 1611-1612 | Hearsay |
| 65. | Agreement between Rocep Lusol Holdings Limited and Lindal Ventil GmbH | | Rl 1614-1635 | |
| 66. | E-mail from T. Cannon to B. Frutin dated 25 August 2003 | | RL 1691-1692 | Hearsay |
| 67. | E-mail from R. Harbison to B. Frutin dated 24 January 2005 | | RL 1702 | Hearsay |
| 68. | United States Patent, U.S. 6,685,064 B2 | | Exhibit 1 | |
| 69. | Picture of Fast Gasket, UM 4 | | Exhibit 3 | |
| 70. | Picture of Grease Gun, UM 8 | | Exhibit 5 | |
| 71. | Copy of Label for Di-Electric Grease, UM 1 | | Exhibit 9 | |
| 72. | Document UM 57-62 | | Exhibit 17 | |
| 73. | Meeting Agenda, 10/12/2000, UM 118-120 | | Exhibit 19 | |
| 74. | Letter, Scheindel to Leonard, 9/20/00, UM 199-203 | | Exhibit 21 | |
| 75. | G.E. Status Report, 6/4/01, UM 226 | | Exhibit 22 | |
| 76. | Memo, 10/20/98, Farrugia from Neil, UM 476 | | Exhibit 25 | |
| 77. | Memo, 2/23/98, UM 106 | | Exhibit 33 | |
| 78. | Letter, Putnam to Leonard, 4/2/02, UM 121-122 | | Exhibit 34 | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 79. | E-mail string, UM 193 – 196 | | Exhibit 35 | |
| 80. | Letter, McAulay to Scheindel, 9/8/98, UM 1-3 | | Exhibit 2 | |
| 81. | Picture of Fast Gasket, UM 4 | | Exhibit 3 | |
| 82. | Filed March 19, 1963, responsive to Amendment 9/17/64, UM 5 | | Exhibit 4 | |
| 83. | Picture of Grease Gun, UM 8 | | Exhibit 5 | |
| 84. | Picture of Bent Metal Clip, Um 9 | | Exhibit 6 | |
| 85. | Drawing, UM 10, 6/28/00 | | Exhibit 7 | |
| 86. | Picture of Lever, UM 00011 | | Exhibit 8 | |
| 87. | Copy of Label for Di-Electric Grease, UM 12 | | Exhibit 9 | |
| 88. | Drawing, UM 32 | | Exhibit 10 | |
| 89. | Drawings, two pages, UM 33 and 34 | | Exhibit 11 | |
| 90. | Set of Drawings, UM 35-40 | | Exhibit 12 | |
| 91. | Draft Application, 5/18/98, UM 41 | | Exhibit 13 | |
| 92. | Drawings, UM 46 | | Exhibit 14 | |
| 93. | Drawings, UM 47 | | Exhibit 15 | |
| 94. | Drawings, UM 53 | | Exhibit 16 | |
| 95. | Sales Documents, UM 57-62 | | Exhibit 17 | |
| 96. | Utility Patent App. Transmittal, Ultra P-10CIP, UM 63 | | Exhibit 18 | |
| 97. | Meeting Agenda, 10/12/2000, UM 118 – 120 | | Exhibit 19 | |
| 98. | Letter, Scheindel to Leonard, 4/27/01, UM 123 – 125 | | Exhibit 20 | |
| 99. | Letter, Scheindel to Leonard, 9/20/2000, Um 199-203 | | Exhibit 21 | |
| 100. | 6/4/01, G.E. Status Report, UM 226 | | Exhibit 22 | |
| 101. | U.S. Patent Application Publication, 12/23/04, UM 233 | | Exhibit 23 | |
| 102. | United States Patent, US 6,340,103 B1, UM 275 | | Exhibit 24 | |
| 103. | Memo, 10/20/98, Farrugia from Neil, UM 476 | | Exhibit 25 | |
| 104. | Drawings, UM 191 | | Exhibit 26 | |
| 105. | Photocopies of Parts, UM 195 | | Exhibit 27 | |
| 106. | Answer and Counterclaims, 8/5/2005 | | Exhibit 28 | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 107. | Complaint and Demand for Jury Trial, 3/10/2005 | | Exhibit 29 | |
| 108. | Defendant Ultramotive Corporation's First Supplemental Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Ultramotive | | Exhibit 30 | |
| 109. | U.S. Patent, 5,040,705, et al, UM 322-429 | | Exhibit 31 | |
| 110. | Defendant Ultramotive Corporation's Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1 – 13 to Defendant Ultramotive | | Exhibit 32 | |
| 111. | Purchase Order, 12/17/01, UM 129-130 | | Exhibit 36 | |
| 112. | Quotation, 8/5/02, UM 204-205 | | Exhibit 37 | Hearsay |
| 113. | Quotation, 3/27/02, UM 207-208 | | Exhibit 38 | Hearsay |
| 114. | Quotation, 4/2/02, UM 211 | | Exhibit 39 | Hearsay |
| 115. | Quotation, 7/11/02, UM 212-214 | | Exhibit 40 | Hearsay |
| 116. | ITW Purchase Order, 2/3/03, UM 215-217 | | Exhibit 41 | Hearsay |
| 117. | Ultramotive Invoice, 11/25/02, UM 496-505 | | Exhibit 42 | Hearsay |
| 118. | Ultramotive Invoice, 2/5/03, UM 551-553 | | Exhibit 43 | Hearsay |
| 119. | Ultramotive Invoice, 2/27/03, UM 554-555 | | Exhibit 44 | Hearsay |
| 120. | Ultramotive Invoice, 7/11/03, UM 615-616 | | Exhibit 45 | Hearsay |
| 121. | Permatex Purchase Order, 2/13/03, UM 625 | | Exhibit 46 | Hearsay |
| 122. | Ultramotive Invoice, 7/21/03, UM 628-630 | | Exhibit 47 | Hearsay |
| 123. | Ultramotive Invoice, 10/13/03, UM 655-656 | | Exhibit 48 | Hearsay |
| 124. | Right Stuff Powerbead Cost, 4/11/03 | | Exhibit 49 | Hearsay |
| 125. | Permatex RTV Silicone Cost, 1/24/05 | | Exhibit 50 | Hearsay |
| 126. | Permatex RTV Silicone Blue Cost, 1/20/05 | | Exhibit 51 | Hearsay |
| 127. | Permatex Costs, 12/26/02 | | Exhibit 52 | Hearsay |
| 128. | Permatex Costs, 1/24/05 | | Exhibit 53 | Hearsay |
| 129. | Fax to Sharon Catley, 1/23/06 | | Exhibit 54 | Hearsay |
| 130. | Fax to Patty Maynard, 2/6/06 | | Exhibit 55 | Hearsay |
| 131. | Right Stuff PB pricing calculations | | Exhibit 56 | Hearsay |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 132. | Powerbead pricing, 11-page document | | Exhibit 57 | Hearsay |
| 133. | Multi-page Document | | Exhibit 59 | Hearsay |
| 134. | Multi-page Document | | Exhibit 60 | Hearsay |
| 135. | Multi-page Document | | Exhibit 61 | Hearsay |
| 136. | Document | | Exhibit 62 | Hearsay |
| 137. | Document | | Exhibit 63 | Hearsay |
| 138. | Document | | Exhibit 64 | Hearsay |
| 139. | Cost Requests | | Exhibit 65 | Hearsay |
| 140. | Series of documents | | Exhibit 66 | Hearsay |
| 141. | Unit sales report of PowerBead products | | Exhibit 68 | Hearsay |
| 142. | Indemnification agreement | | Exhibit 69 | Hearsay |
| 143. | Document | | Exhibit 70 | Hearsay |
| 144. | Document | | Exhibit 71 | Hearsay |
| 145. | Part of the initial launch package for The Right Stuff | | Exhibit 72 | Hearsay |
| 146. | Document entitled Dispensing Equipment for Liquid Silicone and Gasketing, Loctite Corporation | | Exhibit 73 | Hearsay |
| 147. | Documents | | Exhibit 74 | Hearsay |
| 148. | Document | | Exhibit 75 | Hearsay |
| 149. | Press Release | | Exhibit 76 | Hearsay |
| 150. | Quality control document | | Exhibit 77 | Hearsay |
| 151. | Documents | | Exhibit 78 | Hearsay |
| 152. | Document | | Exhibit 79 | Hearsay |
| 153. | PowerPoint presentation | | Exhibit 80 | Hearsay |
| 154. | Documents | | Exhibit 81 | Hearsay |
| 155. | Document | | Exhibit 82 | Hearsay |
| 156. | Secrecy Agreement | | Exhibit 83 | Hearsay |
| 157. | Two-page document | | Exhibit 84 | Hearsay |
| 158. | Quotation by Adaseal International | | Exhibit 85 | Hearsay |
| 159. | Agenda | | Exhibit 86 | Hearsay |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 160. | Documents | | Exhibit 87 | Hearsay |
| 161. | Two-page document | | Exhibit 88 | Hearsay |
| 162. | Documents | | Exhibit 89 | Hearsay |
| 163. | Documents | | Exhibit 90 | Hearsay |
| 164. | Document | | Exhibit 91 | Hearsay |
| 165. | Document | | Exhibit 92 | Hearsay |
| 166. | Sales Report | | Exhibit 93 | Hearsay |
| 167. | Documents | | Exhibit 94 | Hearsay |
| 168. | Documents | | Exhibit 95 | Hearsay |
| 169. | Document | | Exhibit 96 | Hearsay |
| 170. | Document | | Exhibit 97 | Hearsay |
| 171. | Documents | | Exhibit 98 | Hearsay |
| 172. | Document | | Exhibit 99 | Hearsay |
| 173. | Agenda | | Exhibit 100 | Hearsay |
| 174. | Documents | | Exhibit 101 | Hearsay |
| 175. | Document | | Exhibit 102 | Hearsay |
| 176. | Permatex, Inc.'s objections and responses to Rocep Lusol's first set of interrogatories numbers 1-13 | | Exhibit 103 | Hearsay |
| 177. | Published patent application | | Exhibit 104 | |
| 178. | Permatex, Inc.'s supplemental response | | Exhibit 105 | |
| 179. | Pertinent documents from UM1233-1490 and PER 690-692 | | | Hearsay |
| 180. | Excerpt from Deposition Transcript of Chistian Scheindel, page 13, lines 6 - 15 | | | |
| 181. | Excerpt from Deposition Transcript of Chistian Scheindel, page 14, line 17 - page 15, line 16 | | | |
| 182. | Excerpt from Deposition Transcript of Chistian Scheindel, page 18, line 21 - page 19, line 2 | | | |
| 183. | Excerpt from Deposition Transcript of Chistian Scheindel, page 22, lines 2 - 6 | | | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 184. | Excerpt from Deposition Transcript of Chistian Scheindel, page 23, lines 4 - 7 | | | |
| 185. | Excerpt from Deposition Transcript of Chistian Scheindel, page 24, lines 11 - 17 | | | |
| 186. | Excerpt from Deposition Transcript of Chistian Scheindel, page 28, line 3 - page 29, line 19 | | | |
| 187. | Excerpt from Deposition Transcript of Chistian Scheindel, page 38, line 7 - page 42, line 3 | | | |
| 188. | Excerpt from Deposition Transcript of Chistian Scheindel, page 44, line 23 - page 46, line 16 | | | |
| 189. | Excerpt from Deposition Transcript of Chistian Scheindel, page 53, line 22 - page 55, line 1 | | | |
| 190. | Excerpt from Deposition Transcript of Chistian Scheindel, page 60, line 17 - page 62, line 8 | | | |
| 191. | Excerpt from Deposition Transcript of Chistian Scheindel, page 67, line 18 - page 70, line 21 | | | |
| 192. | Excerpt from Deposition Transcript of Chistian Scheindel, page 71, line 4 - page 73, line 6 | | | |
| 193. | Excerpt from Deposition Transcript of Chistian Scheindel, page 78, line 4 - page 84, line 14 | | | |
| 194. | Excerpt from Deposition Transcript of Chistian Scheindel, page 85, line 14 - page 100, line 22 | | | |
| 195. | U.S. Pat. No. 5,419,466 | | | |
| 196. | U.S. Pat. No. 5,065,900 | | | |
| 197. | U.S. Pat. No. 4,913,323 | | | |
| 198. | Declaration of Christian T. Scheindel in Support of Defendants' Motion for Summary Judgment of Non-Infringement | | | |
| 199. | Declaration of Christian T. Scheindel in Support of Defendants' Opposition to Plaintiff's Motion for Summary | | | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 200. | Judgment of Infringement of the Claims in US 6,685,064 | | | |
| 201. | Defendant Permatex, Inc.'s Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Ultramotive | | | |
| 202. | Defendant Permatex, Inc.'s Supplemental Response to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Permatex | | | |
| 203. | Defendant Permatex, Inc.'s Objections and Responses to Plaintiff Rocep Lusol's First Set of Requests for Production of Documents and Things | | | |
| 204. | Defendant Ultramotive Corporation's Objections and Responses to Plaintiff Rocep Lusol's First Set of Requests for Production of Documents and Things | | | |
| 205. | Defendant Ultramotive Corporation's Amended Objections and Responses to Plaintiff Rocep Lusol's First Set of Requests for Production of Documents and Things to Defendant Ultramotive | | | |
| 206. | Defendant Ultramotive Corporation's Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Ultramotive | | | |
| 207. | Defendant Ultramotive Corporation's Amended Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Ultramotive | | | |
| | Defendant Ultramotive Corporation's First Supplemental Objections and Responses to Plaintiff Rocep Lusol's First Set of Interrogatories Nos. 1-13 to Defendant Ultramotive | | | |

**Defendants' Trial Exhibits**

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 1. | U.S. Patent 6,685,064 | | | |
| 2. | PCT application publication WO 99/18010 | | | |
| 3. | U.S. Patent 5,040,705 | | | |
| 4. | UM 1-3 | | | Hearsay |
| 5. | UM 5-6 | | | Hearsay |
| 6. | UM 7-8 | | | Hearsay Authenticity |
| 7. | UM 10-12 | | | Hearsay Authenticity |
| 8. | UM 14-23 | | | Hearsay Authenticity |
| 9. | UM 26-31 | | | Hearsay Authenticity |
| 10. | UM 33-34 | | | Hearsay Authenticity |
| 11. | UM 35-46 | | | Hearsay Authenticity |
| 12. | UM 47-50 | | | Hearsay Authenticity |
| 13. | UM 51-53 | | | Hearsay Authenticity |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 14. | UM 56 | | | Hearsay |
| 15. | UM 63-105 | | | Authenticity |
| 16. | UM 106-110 | | | Hearsay |
| 17. | UM 111 | | | Hearsay |
| 18. | UM 112-113 | | | Hearsay |
| 19. | UM 114-125 | | | Hearsay |
| 20. | UM 128 | | | Hearsay |
| 21. | UM 134 | | | Hearsay Authenticity |
| 22. | UM 167 | | | Hearsay Authenticity |
| 23. | UM 476 | | | Hearsay Authenticity |
| 24. | UM 482-485 | | | Hearsay Authenticity |
| 25. | UM 1187 | | | Hearsay Authenticity |
| 26. | UM 1479-1480 | | | Hearsay, Authenticity, Produced after Discovery |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 27. | UM 1481 | | | Hearsay, Authenticity, Produced after Discovery |
| 28. | UM 1482 | | | Hearsay, Authenticity, Produced after Discovery |
| 29. | UM 1483 | | | Hearsay, Authenticity, Produced after Discovery |
| 30. | UM 1484-1486 | | | Hearsay, Authenticity, Produced after Discovery |
| 31. | UM 1487-1488 | | | Hearsay, Authenticity, Produced after Discovery |
| 32. | UM 1489 | | | Hearsay, Authenticity, Produced after Discovery |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 33. | PER 107 | | | |
| 34. | UM 1490 | | | Hearsay, Authenticity, Produced after Discovery |
| 35. | RL 0039-59 | | | |
| 36. | RL 0083-88 | | | Hearsay |
| 37. | RL 0096-97 | | | Hearsay |
| 38. | RL 0199 | | | |
| 39. | RL 0697-0722 | | | |
| 40. | RL 0538-0540 | | | Hearsay |
| 41. | RL 0578 | | | Hearsay |
| 42. | RL 0755-0854 | | | Hearsay |
| 43. | RL 1686 | | | Hearsay |
| 44. | RL 1702 | | | Hearsay |
| 43-99. | Plaintiff's Deposition Exhibits 1-57 | | | |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 100-111 | Defendants' Deposition Exhibits 1-12 | | | |
| 112. | Rocep Answers to Interrogatories Nos. 1-15 | | | |
| 113. | Rocep Answer to Interrogatories Nos. 16-20. | | | |
| 114. | Joint Claim Construction Chart | | | |
| 115. | Declaration of Christian T. Scheindel in Support of Defendants' Motion for Summary Judgment of Non-Infringement, dated June 29, 2006 | | | Hearsay |
| 116. | Declaration of Christian T. Scheindel in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment of Infringement, dated July 28, 2006. | | | Hearsay |
| 117. | Pages 24-25 of the transcript of the August 15, 2006 claim construction hearing. | | | |
| 118. | Ultramotive Hug II valve | | | Never Produced Authenticity |
| 119. | Ultramotive Ultra valve | | | Never Produced Authenticity |
| 120. | Clayton "universal" valve | | | Never Produced Authenticity |
| 121. | PowerBead Right Stuff product container (Hug II valve), empty | | | Never Produced Foundation Authenticity |

| Trial Exhibit No. | Description | Confidential Status | Document Production Nos. | Objection |
|---|---|---|---|---|
| 122. | PowerBead Right Stuff product container (Hug II valve), filled | | | Never Produced Foundation Authenticity |
| 123. | PowerBead Ultra/Acetoxy product container (Ultra valve), empty | | | Never Produced Foundation Authenticity |
| 124. | PowerBead Ultra/Acetoxy product container (Ultra valve), filled | | | Never Produced Foundation Authenticity |

Demonstrative exhibits have not yet been determined.