IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED )<br>)<br>Plaintiff and Counterclaim defendant, )<br>)<br>v. )<br>PERMATEX, INC. and )<br>ULTRAMOTIVE CORPORATION )<br>)<br>Defendants and Counterclaim plaintiffs )<br>)<br>)<br>)<br>) | Civil Action No. CV-05-141(KAJ) |

## CERTIFICATE OF SERVICE

    I, Thad J. Bracegirdle, hereby certify that on December 13, 2006, I caused the following documents:

1.    [Proposed] Preliminary Jury Instructions of Defendants;

2.    [Proposed] Post Trial Jury Instructions of Defendants; and

3.    [Proposed] Special Verdict Form

to be served on the following counsel of record, via electronic case filing:

David Primack Esq.  
Robert E. Cannuscio, Esq.  
Drinker Biddle & Reath LLP  
1100 North Market Street,  
Suite 1000  
Wilmington, DE 19801-1254  

Robert E. Cannuscio, Esq.  
Drinker Biddle & Reath LLP  
One Logan Square  
18th & Cherry Streets  
Philadelphia, PA 19103-6996

Date:  December 13, 2006      Respectfully Submitted
   Wilmington, Delaware

               By:  /s/ Thad Bracegirdle
                  Thad Bracegirdle, Esq. (No. 3691)
                  REED SMITH LLP
                  1201 Market Street, Suite 1500
                  Wilmington, DE  19801
                  Tel. (302) 778-7500
                  Fax (302) 778-7557

OF COUNSEL:
Lloyd McAulay, admitted *pro hac vice*
Stephen Chin, admitted *pro hac vice*
REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Tel. (212) 521-5400
Fax: (212) 521-5450