IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | : |
| | : |
| Plaintiff/Counterclaim Defendant, | : |
| | : |
| v. | : Civil Action No. 05-141-*** (MPT) |
| | : |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | : |
| | : |
| Defendants/Counterclaimants. | : |

## ORDER

At Wilmington this **4th** day of **January, 2007**.

IT IS ORDERED that a status teleconference has been scheduled for **Tuesday, January 16, 2007 at 11:00 a.m.** with Magistrate Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by fax on or before **Thursday, January 11, 2007**, the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE