IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROCEP LUSOL HOLDINGS LIMITED,  )
                               )
   Plaintiff/Counterclaim Defendant,  )
                               )
v.                             )   Civil Action No. 05-141-*** (MPT)
                               )
PERMATEX, INC., and ULTRAMOTIVE )
CORPORATION,                   )
                               )
   Defendants/Counterclaimants.  )

## CERTIFICATE OF SERVICE

     I, David P. Primack, hereby certify that on this date, I electronically filed with the Clerk

of the Court using CM/ECF of a Joint Submission Of Status Report and served it upon the

following in the manner indicated:

**Via Mail**
Thad Bracegirdle, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

**Via Mail**
Stephen Chin, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022-7650

Dated: January 8, 2007

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: 302-467-4221
Fax: 302-467-4201