IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | : | |
| | : | |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | Civil Action No. 05-141-*** (MPT) |
| | : | |
| PERMATEX, INC., and ULTRAMOTIVE CORPORATION, | : | |
| | : | |
| Defendants/Counterclaimants. | : | |

## ORDER

At Wilmington this **9th** day of **January, 2007**.

IT IS ORDERED that the status teleconference scheduled for Tuesday, January 16, 2007 at 11:00 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE