NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) | |
|     Appellant | ) | Circuit Court |
|     Plaintiff/Counterclaim Defendant, | ) | Docket No. _____ |
| | ) | |
|     v. | ) | District Court |
| | ) | Civil Action No. 05-141-*** (MPT) |
| PERMATEX, INC., and ULTRAMOTIVE | ) | |
| CORPORATION, | ) | District Court |
|     Appellee | ) | Judge Kent Jordan |
|     Defendants/Counterclaimants. | ) | |

      Notice is hereby given that Rocep Lusol Holding, Inc., plaintiff/counterclaim defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered in this action on January 19, 2007.

                                     Respectfully submitted,
                                       ROCEP LUSOL HOLDINGS LIMITED

Dated: February 16, 2007       BY:    /s/ David P. Primack
                                                    DAVID P. PRIMACK (#4449)
                                                    Drinker Biddle & Reath LLP
                                                    1100 North Market Street, Suite 1000
                                                    Wilmington, DE 19801-1254
                                                    Tel: (302) 467-4221    Fax: (302) 467-4201

                                                    ROBERT E. CANNUSCIO
                                                    Drinker Biddle & Reath LLP
                                                    One Logan Square, 18th & Cherry Streets
                                                    Philadelphia, PA 19103-6996
                                                    Tel: (215) 988-3303    Fax: (215) 988-2757

                                                   Attorneys for Appellant
                                                   ROCEP LUSOL HOLDINGS LIMITED