NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED, | ) | |
|     Appellant | ) | Circuit Court |
|     Plaintiff/Counterclaim Defendant, | ) | Docket No. _____ |
| | ) | |
| v. | ) | District Court |
| | ) | Civil Action No. 05-141-*** (MPT) |
| PERMATEX, INC., and ULTRAMOTIVE | ) | |
| CORPORATION, | ) | District Court |
|     Appellee | ) | Judge Kent Jordan |
|     Defendants/Counterclaimants. | ) | |

**CERTIFICATE OF SERVICE**

    I, David P. Primack, hereby certify that on this date, I electronically filed with the Clerk of the Court using CM/ECF of a Joint Submission Of Status Report and served it upon the following in the manner indicated:

<u>**Via Mail**</u>
Thad Bracegirdle, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

<u>**Via Mail**</u>
Stephen Chin, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022-7650

Dated: February 16, 2007

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington DE 19801-1254
Tel.: (302) 467-4221
Fax: (302) 467-4201