**DrinkerBiddle&Reath**
L L P

Robert E. Cannuscio
215-988-3303
robert.cannuscio@dbr.com

March 14, 2007

*Law Offices*

One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700
215-988-2757 fax
www.drinkerbiddle.com

NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

Clerk of Court
United States District Court
For the District of Delaware
844 King Street
Wilmington, DE 19801

RE:  Rocep Lusol Holdings Limited v. Ultramotive Corporation and Permatex, Inc.
CV-05-141 (***)

Dear Clerk of the Court:

    Enclosed is a completed Transcript Purchase Order as required by the rules in the pending appeal from the above matter.  All transcripts should already be part of the record.

    If you have any questions, please let me know.

                                        Sincerely,

                                        Robert E. Cannuscio, Esq.
                                        Counsel for Plaintiff
                                        Rocep Lusol Holdings Limited

REC/lmn
Enclosure
cc:  Lloyd McAulay, Esq. (with enclosure)

*Established*
*1849*

PHIP\538649\1

AO 148
(7/06)

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

) Appeal from ☒ U.S. District Court for **District of Delaware**

☐ Court of International Trade

☐ Court of Federal Claims

ROCEP LUSOL HOLDINGS LIMITED

—VERSUS—

) TRIAL COURT NO. **05-CV-141**

FERMATEX Inc. and ULTRAMOTIVE CORPORATION

) CIRCUIT COURT NO. **2007-1260**

## TRANSCRIPT PURCHASE ORDER
### (See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART 1- TO BE COMPLETED BY APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
Copies to be distributed by appellant as follows: Copies 1, 2, and 3 to court reporter; Copy 4 to Trial Court; Copy 5 to appellee; Copy 6 retained by appellant.

A. Complete one of the following:
(    ) A transcript is not needed for the appeal
( x ) A transcript is already on file
(    ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.
B. I certify that financial arrangements have been made with the reporter. Payment is by:
(    ) Private funds
(    ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ Date _3/14/07_ COUNSEL FOR _Rocep Lusol Holdings Limited_

ADDRESS _Drinker Biddle & Reath LLP, One Logan Square, Philadelphia, PA  19103_

TELEPHONE _215-988-3303_

PART II - TO BE COMPLETED BY COURT REPORTER.
Copy 1 and 3 retained by the reporter; Copy 2 to be transmitted to the Court of Appeals on same date transcript ordered received.

Date Purchase Order received: _____.

Estimated completion date: _____.

Estimated number of pages: _____.

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date

Telephone:_____

PART III-NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____          _____
Date                                                    (Signature of Court Reporter)

Copy 6 — Appellant's Copy

3cca Eff. 9/82