

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCEP LUSOL HOLDINGS LIMITED,<br>Plaintiff/Counterclaim Defendant, | )<br>)<br>) | |
| v. | ) | Civil Action No. 05-141-*** (MPT) |
| PERMATEX, INC., and ULTRAMOTIVE<br>CORPORATION,<br>Defendants/Counterclaimants. | )<br>)<br>)<br>) | |

### STIPULATION AND ORDER OF DISMISSAL

The parties having settled the claims at issue in this suit, it is hereby ordered that the present case is dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

ROCEP LUSOL HOLDINGS LIMITED

_____
Robert Cannuscio
Counsel for Rocep Lusol Holdings Limited
Appellant

PERMATEX, INC.

_____
Lloyd McAulay
Counsel for Permatex, Inc.
Respondent

ULTRAMOTIVE CORPORATION

_____
Lloyd McAulay
Counsel for Ultramotive Corporation.
Respondent

So Ordered this ___ day of _May_____, 2007.

BY THE COURT:

_____