NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

05/22/07

cc: Clerk's Office, DCT
Robert E. Cannuscio
Lloyd McAulay

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 05/22/07

ROCEP LUSOL HOLDINGS V PERMATEX, 2007-1200
DCT - 05-CV-141

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 5/22/07

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1200

ROCEP LUSOL HOLDINGS LIMITED,

Plaintiff-Appellant,

v.

PERMATEX, INC.
and ULTRAMOTIVE CORPORATION,

Defendants-Appellees.

O R D E R